AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| Brian Hauger | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-1058-VMC |
| SDWC Financial, LLC and Meredith Bruce | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants SDWC Financial, LLC and Meredith Bruce.

Date:   03/14/2025

*/s/ Jessica G. Cino*
*Attorney's signature*

Jessica G. Cino GA Bar No. 577837
*Printed name and bar number*

Krevolin & Horst, LLC
1201 W. Peachtree St. NW
Suite 3500
Atlanta, GA 30309
*Address*

cino@khlawfirm.com
*E-mail address*

(404) 888-9700
*Telephone number*

(404) 888-9577
*FAX number*