AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| Brian Hauger ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-1058-VMC |
| SDWC Financial, LLC and Meredith Bruce ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants SDWC Financial, LLC and Meredith Bruce                        .

Date:   03/14/2025

*/s/ Sada Jacobson Baby*
*Attorney's signature*

Sada Jacobson Baby GA Bar No. 307214
*Printed name and bar number*
Krevolin & Horst, LLC
1201 W. Peachtree St. NW
Suite 3500
Atlanta, GA 30309
*Address*

baby@khlawfirm.com
*E-mail address*

(404) 888-9700
*Telephone number*

(404) 888-9577
*FAX number*