# EXHIBIT A

**EXHIBIT A**

**[PROPOSED] ORDER**

    For good cause shown, Plaintiff's Motion for Extension of Time is GRANTED. Plaintiff shall file any response to Defendants' Motion to Dismiss (ECF No. 18) on or before June 2, 2025.

    SO ORDERED this ___ day of _____ 2025.

_____

Hon. Victoria M. Calvert

United States District Judge