# EXHIBIT A

# Brian Hauger

## Disclosures
### These disclosures apply to this presentation and/or reports in its entirety.

All material appearing in this SDWC Financial LLC'S presentation and, or report("content") is protected by copyright under U.S. Copyright laws and is the property of SDWC Financial LLC or the party credited as the provider of the content. You may not copy, reproduce, distribute, publish, display, perform, modify, create derivative works, transmit, or in any way exploit any such content, nor may you distribute any part of this content over any network, including a local area network, sell or offer it for sale, or use such content to construct any kind of database. You may not alter or remove any copyright or other notice from copies of the content in this presentation and or reports.

This entire document, is © 2021 SDWC Financial LLC.

**Allianz Life Pro+® Advantage** Fixed Index Universal Life Insurance Policy
Sonia Hauger, Female, 44, Preferred Plus Nontobacco
Initial death benefit: $113,746, Initial annual planned premium: $2,400



# Supplemental illustration: Policy snapshot

This is a supplemental illustration (that must be accompanied by the full product illustration) meant to summarize your assumptions, policy values, and index allocation choices. Refer to the illustration ledger of guaranteed values within the full product illustration for your policy's guaranteed elements and other important information.

**POLICY DESIGN ASSUMPTION**



**Insured:** Sonia Hauger

Female, 44, Preferred Plus Nontobacco

**Initial death benefit:** $113,746

**LOAN SOLVE METHOD**

Annual distributions, Years 22 - Maturity; 100% indexed loans; the indexed loan portion will receive an indexed interest credit equal to the lesser of the illustrated rate or the loan charge (currently 5%) plus 0.50%.

**INTEREST RATE ASSUMPTIONS**

For purposes of comparing, and to illustrate how the product could react to varying interest rates, the chart below shows values calculating for the current illustrated rate, along with two additional rates. All current interest rate assumptions are not guaranteed.

**Premium**

**Initial planned premium $2,400.00 (years 1 - 21)**

**Total planned premium paid $50,400.00**

| Income-tax-free death benefit | | | |
|---|---|---|---|
| Interest rate | 6.10% | 5.00% | 4.00% |
| Initial death benefit | $113,746 | $113,746 | $113,746 |
| Net death benefit (age 65) | $113,746 | $113,746 | $113,746 |
| Net death benefit (age 100) | $50,653 | $40,316 | $53,010 |

| Cash value accumulation at age 65 | | | |
|---|---|---|---|
| Potential cash value | $72,254 | $63,808 | $54,519 |

| Tax-free policy loans[1] | | | |
|---|---|---|---|
| Annual policy loans | $4,896 | $3,776 | $1,796 |
| Total policy loans | $269,280 | $207,680 | $98,780 |

[1] Policy loans and withdrawals will reduce the available cash value and death benefit and may cause unintended consequences, including lapse or taxable events. Please see full loan and withdrawal disclosure within this material for details.

**This supplemental Illustration is valid only when accompanied by a full product illustration.**

This supplemental illustration is not an offer, contract, or promise of future policy performance. Actual policy values may be more or less favorable than the nonguaranteed values shown. Coverage is subject to the terms and conditions of the policy. The assumptions on which this illustration is based are subject to change on an annual basis.



**Allianz Life Pro+® Advantage** Fixed Index Universal Life Insurance Policy
Sonia Hauger, Female, 44, Preferred Plus Nontobacco
Initial death benefit: $113,746, Initial annual planned premium: $2,400

# Supplemental illustration: Current scenario

| Age | End of policy year | Premium outlay | Net distributions | Total charges | Current scenario Accumulation value | Cash value | Death benefit |
|---|---|---|---|---|---|---|---|
| 45 | 1 | $2,400.00 | $0 | $968 | $1,494 | $0 | $113,746 |
| 46 | 2 | $2,400.00 | $0 | $989 | $3,087 | $0 | $113,746 |
| 47 | 3 | $2,400.00 | $0 | $1,014 | $4,784 | $478 | $113,746 |
| 48 | 4 | $2,400.00 | $0 | $1,040 | $6,591 | $2,392 | $113,746 |
| 49 | 5 | $2,400.00 | $0 | $1,058 | $8,524 | $4,433 | $113,746 |
|  |  | $12,000.00 | $0 |  |  |  |  |
| 50 | 6 | $2,400.00 | $0 | $1,077 | $10,593 | $6,608 | $113,746 |
| 51 | 7 | $2,400.00 | $0 | $1,100 | $12,807 | $8,928 | $113,746 |
| 52 | 8 | $2,400.00 | $0 | $1,122 | $15,175 | $11,944 | $113,746 |
| 53 | 9 | $2,400.00 | $0 | $1,146 | $17,710 | $15,125 | $113,746 |
| 54 | 10 | $2,400.00 | $0 | $1,076 | $20,523 | $18,583 | $113,746 |
|  |  | $24,000.00 | $0 |  |  |  |  |
| 55 | 11 | $2,400.00 | $0 | $1,103 | $23,535 | $22,243 | $113,746 |
| 56 | 12 | $2,400.00 | $0 | $1,130 | $26,762 | $26,116 | $113,746 |
| 57 | 13 | $2,400.00 | $0 | $1,159 | $30,220 | $30,220 | $113,746 |
| 58 | 14 | $2,400.00 | $0 | $1,187 | $33,928 | $33,928 | $113,746 |
| 59 | 15 | $2,400.00 | $0 | $1,218 | $37,903 | $37,903 | $113,746 |
|  |  | $36,000.00 | $0 |  |  |  |  |
| 60 | 16 | $2,400.00 | $0 | $724 | $42,715 | $42,715 | $113,746 |
| 61 | 17 | $2,400.00 | $0 | $779 | $47,858 | $47,858 | $113,746 |
| 62 | 18 | $2,400.00 | $0 | $837 | $53,356 | $53,356 | $113,746 |
| 63 | 19 | $2,400.00 | $0 | $898 | $59,235 | $59,235 | $113,746 |
| 64 | 20 | $2,400.00 | $0 | $961 | $65,524 | $65,524 | $113,746 |
|  |  | $48,000.00 | $0 |  |  |  |  |
| 65 | 21 | $2,400.00 | $0 | $1,025 | $72,254 | $72,254 | $113,746 |
| 66 | 22 | $0.00 | $4,896 | $985 | $76,983 | $71,842 | $108,605 |
| 67 | 23 | $0.00 | $4,896 | $1,034 | $81,957 | $71,419 | $103,207 |
| 68 | 24 | $0.00 | $4,896 | $1,082 | $87,194 | $70,988 | $97,540 |
| 69 | 25 | $0.00 | $4,896 | $1,127 | $92,714 | $70,556 | $91,589 |
|  |  | $50,400.00 | $19,584 |  |  |  |  |

**This supplemental Illustration is valid only when accompanied by a full product illustration.**

This supplemental illustration is not an offer, contract, or promise of future policy performance. Actual policy values may be more or less favorable than the nonguaranteed values   shown. Coverage is subject to the terms and conditions of the policy. The assumptions on which this illustration is based are subject to change on an annual basis.



**Allianz Life Pro+® Advantage** Fixed Index Universal Life Insurance Policy
Sonia Hauger, Female, 44, Preferred Plus Nontobacco
Initial death benefit: $113,746, Initial annual planned premium: $2,400

# Supplemental illustration: Current scenario
*continued*

| Age | End of policy year | Premium outlay | Net distributions | Total charges | Current scenario Accumulation value | Cash value | Death benefit |
|-----|-----|-----|-----|-----|-----|-----|-----|
| 70 | 26 | $0.00 | $4,896 | $1,166 | $98,539 | $70,133 | $85,899 |
| 71 | 27 | $0.00 | $4,896 | $1,194 | $104,701 | $69,734 | $85,439 |
| 72 | 28 | $0.00 | $4,896 | $1,250 | $111,195 | $69,339 | $83,794 |
| 73 | 29 | $0.00 | $4,896 | $1,314 | $118,033 | $68,943 | $81,926 |
| 74 | 30 | $0.00 | $4,896 | $1,377 | $125,237 | $68,551 | $79,822 |
|  |  | $50,400.00 | $44,064 |  |  |  |  |
| 75 | 31 | $0.00 | $4,896 | $1,439 | $132,831 | $68,171 | $77,469 |
| 76 | 32 | $0.00 | $4,896 | $1,499 | $140,846 | $67,812 | $74,854 |
| 77 | 33 | $0.00 | $4,896 | $1,594 | $149,269 | $67,443 | $74,906 |
| 78 | 34 | $0.00 | $4,896 | $1,696 | $158,121 | $67,062 | $74,968 |
| 79 | 35 | $0.00 | $4,896 | $1,806 | $167,420 | $66,668 | $75,039 |
|  |  | $50,400.00 | $68,544 |  |  |  |  |
| 80 | 36 | $0.00 | $4,896 | $1,923 | $177,188 | $66,257 | $75,116 |
| 81 | 37 | $0.00 | $4,896 | $2,051 | $187,442 | $65,824 | $75,196 |
| 82 | 38 | $0.00 | $4,896 | $2,197 | $198,195 | $65,355 | $75,264 |
| 83 | 39 | $0.00 | $4,896 | $2,357 | $209,463 | $64,840 | $75,314 |
| 84 | 40 | $0.00 | $4,896 | $2,533 | $221,264 | $64,269 | $75,332 |
|  |  | $50,400.00 | $93,024 |  |  |  |  |
| 85 | 41 | $0.00 | $4,896 | $2,726 | $233,610 | $63,625 | $75,305 |
| 86 | 42 | $0.00 | $4,896 | $2,941 | $246,514 | $62,889 | $75,214 |
| 87 | 43 | $0.00 | $4,896 | $3,170 | $259,996 | $62,048 | $75,048 |
| 88 | 44 | $0.00 | $4,896 | $3,421 | $274,067 | $61,081 | $74,785 |
| 89 | 45 | $0.00 | $4,896 | $3,712 | $288,722 | $59,946 | $74,382 |
|  |  | $50,400.00 | $117,504 |  |  |  |  |
| 90 | 46 | $0.00 | $4,896 | $4,036 | $303,961 | $58,606 | $73,804 |
| 91 | 47 | $0.00 | $4,896 | $4,397 | $319,780 | $57,016 | $73,005 |
| 92 | 48 | $0.00 | $4,896 | $4,493 | $336,487 | $55,444 | $68,904 |
| 93 | 49 | $0.00 | $4,896 | $4,528 | $354,206 | $53,970 | $64,596 |
| 94 | 50 | $0.00 | $4,896 | $4,475 | $373,092 | $52,704 | $60,166 |
|  |  | $50,400.00 | $141,984 |  |  |  |  |

**This supplemental Illustration is valid only when accompanied by a full product illustration.**

This supplemental illustration is not an offer, contract, or promise of future policy performance. Actual policy values may be more or less favorable than the nonguaranteed values   shown. Coverage is subject to the terms and conditions of the policy. The assumptions on which this illustration is based are subject to change on an annual basis.

Agent Information: Meredith Bruce
Issued in: GA    Date: 07/12/2023
Page S4 of 7

T: $2,450.89
UA: $113,746.00
Illustration ID: A01127361



**Allianz Life Pro+® Advantage** Fixed Index Universal Life Insurance Policy
Sonia Hauger, Female, 44, Preferred Plus Nontobacco
Initial death benefit: $113,746, Initial annual planned premium: $2,400

# Supplemental illustration: Current scenario
*continued*

| Age | End of policy year | Premium outlay | Net distributions | Total charges | Accumulation value | Cash value | Death benefit |
|-----|-----|-----|-----|-----|-----|-----|-----|
| | | | | | **Current scenario** | | |
| 95 | 51 | $0.00 | $4,896 | $4,310 | $393,343 | $51,794 | $55,727 |
| 96 | 52 | $0.00 | $4,896 | $4,005 | $415,197 | $51,429 | $51,429 |
| 97 | 53 | $0.00 | $4,896 | $4,223 | $438,221 | $51,124 | $51,124 |
| 98 | 54 | $0.00 | $4,896 | $4,452 | $462,479 | $50,887 | $50,887 |
| 99 | 55 | $0.00 | $4,896 | $4,693 | $488,039 | $50,726 | $50,726 |
| | | $50,400.00 | $166,464 | | | | |
| 100 | 56 | $0.00 | $4,896 | $4,948 | $514,971 | $50,653 | $50,653 |
| 101 | 57 | $0.00 | $4,896 | $5,216 | $543,352 | $50,677 | $50,677 |
| 102 | 58 | $0.00 | $4,896 | $5,498 | $573,261 | $50,811 | $50,811 |
| 103 | 59 | $0.00 | $4,896 | $5,796 | $604,782 | $51,069 | $51,069 |
| 104 | 60 | $0.00 | $4,896 | $6,110 | $638,003 | $51,464 | $51,464 |
| | | $50,400.00 | $190,944 | | | | |
| 105 | 61 | $0.00 | $4,896 | $6,440 | $673,019 | $52,012 | $52,012 |
| 106 | 62 | $0.00 | $4,896 | $6,789 | $709,929 | $52,730 | $52,730 |
| 107 | 63 | $0.00 | $4,896 | $7,156 | $748,837 | $53,638 | $53,638 |
| 108 | 64 | $0.00 | $4,896 | $7,544 | $789,854 | $54,754 | $54,754 |
| 109 | 65 | $0.00 | $4,896 | $7,952 | $833,097 | $56,101 | $56,101 |
| | | $50,400.00 | $215,424 | | | | |
| 110 | 66 | $0.00 | $4,896 | $8,382 | $878,690 | $57,703 | $57,703 |
| 111 | 67 | $0.00 | $4,896 | $8,836 | $926,763 | $59,586 | $59,586 |
| 112 | 68 | $0.00 | $4,896 | $9,315 | $977,455 | $61,778 | $61,778 |
| 113 | 69 | $0.00 | $4,896 | $9,819 | $1,030,911 | $64,310 | $64,310 |
| 114 | 70 | $0.00 | $4,896 | $10,352 | $1,087,286 | $67,214 | $67,214 |
| | | $50,400.00 | $239,904 | | | | |
| 115 | 71 | $0.00 | $4,896 | $10,913 | $1,146,743 | $70,527 | $70,527 |
| 116 | 72 | $0.00 | $4,896 | $11,505 | $1,209,456 | $74,288 | $74,288 |
| 117 | 73 | $0.00 | $4,896 | $12,129 | $1,275,606 | $78,539 | $78,539 |
| 118 | 74 | $0.00 | $4,896 | $12,787 | $1,345,386 | $83,325 | $83,325 |
| 119 | 75 | $0.00 | $4,896 | $13,482 | $1,419,001 | $88,697 | $88,697 |
| | | $50,400.00 | $264,384 | | | | |
| 120 | 76 | $0.00 | $4,896 | $14,215 | $1,496,668 | $94,707 | $94,707 |
| | | $50,400.00 | $269,280 | | | | |

**This supplemental Illustration is valid only when accompanied by a full product illustration.**

This supplemental illustration is not an offer, contract, or promise of future policy performance. Actual policy values may be more or less favorable than the nonguaranteed values    shown. Coverage is subject to the terms and conditions of the policy. The assumptions on which this illustration is based are subject to change on an annual basis.

Agent Information: Meredith Bruce
Issued in: GA    Date: 07/12/2023
Page S5 of 7

T: $2,450.89
UA: $113,746.00
Illustration ID: A01127361

# Qualified Account Analysis

Prepared for:  Sonia Hauger
Prepared on:  07/12/2023
Prepared by:  Meredith Bruce

SDWC Financial
(770) 864-4346

# Economic Assumptions



The values below are based on what we believe are reasonable forward-looking assumptions, as well as your risk tolerance and preferences. These assumptions are hypothetical and are not intended to predict future market conditions or your individual experience.

| | |
|---|---|
| Initial Contribution Amount | $3,158 |
| Assumed Age Income Begins[1] | 66 |
| Assumed Tax Liability | **24% years 1-2**<br>**31.5% years 3-end** |
| Annual Pre-Tax Earnings<br><br>Based on a 80/20 split of equities and fixed income, with equities earning 6% fixed income earning 3.5% | 5.5% |
| Assumed Account Expenses | 1.5% |
| Assumed Age of Death[2] | 101 |

[1] The IRS requires qualified account holders to begin receiving required minimum distributions (RMDs) at age 72. If your chosen age to receive income occurs after age 72, this report will show RMDs coming out prior to the income date indicated above.
[2] Age of death based on your projection preferences.

# Potential Taxes



The values below show the potential total taxes paid based on the current market assumptions on the previous page, including:

- You save in a qualified account
- You retire at age 66
- You live to age 101
- You take $5,922 in distributions from the account annually [1]
- You are taxed on distributions as you access them, and taxed on remaining account value (if any) at death



Potential taxes deferred while saving    $22,485

Potential taxes incurred while spending    $65,285

[1] Required Minimum Distributions, or RMDs, must be distributed from qualified accounts beginning at age 72, according to IRS guidelines. Amount distributed annually should not be less than the RMD for that year.

[2] Contributions to a Roth IRA are subject to strict limitations by the IRS. Please consult a tax professional about your situation.

These materials are for informational purposes only and are not intended to provide tax, accounting or investment advice. Be sure to consult qualified professionals about your individual situation.

This hypothetical example does not consider every product or feature of tax-deferred accounts or Roth accounts and is for illustrative purposes only. It should not be deemed a representation of past or future results, and is no guarantee of return or future performance. Your tax bracket may be lower or higher in retirement, unlike this hypothetical example.

RMD calculation data gathered from RMD calculation software at StonewoodFinancial.com and is hypothetical only. Your actual RMDs are determined by a variety of factors.

# Alternate Qualified Account Analysis

**Number of years income amount will last**



Based on the assumptions from page 3 of this report, below are potential values from your qualified account.

**The information shows the number of years you could withdraw the projected amount of $13,937 pre-tax, which translates to the potential after-tax income below.**



| Total Contributions | Total Account Value When Income Begins[1] | Potential Annual After-Tax Income |
|---|---|---|
| $72,885 | $114,944 | $9,547 |



Account funds forecast to be depleted at age 76
Total after-tax income: $92,914

**Ages Income Distributed**

66          76                              101

[1] The IRS requires qualified account holders to begin receiving required minimum distributions (RMDs) at age 72. If your chosen age to receive income occurs after age 72, this report will show RMDs coming out prior to the income date indicated above.

This hypothetical example assumes that the values shown will be consistent in all years. This is not likely, and actual results may be more or less favorable than shown. This report and its assumptions are not intended to predict future performance or your individual experience.

# Qualified Account Analysis

Income for account to last until age 101



Based on the assumptions from page 3 of this report, below are potential values from your qualified account. The income shown represents the **largest annual withdrawal (after taxes) the account can support,** assuming you access the same amount of funds every year starting at your assumed retirement age (66) and lasting to when you are no longer living, in this case assumed to be age 101.

**The potential distribution amount (pre-tax) is $5,922, which translates to the potential after-tax income below.**

| Total Contributions | Total Account Value When Income Begins[1] | Potential Annual After-Tax Income |
|---|---|---|
| $72,885 | $114,944 | $4,056 |

Total after-tax income through age 101
(including after-tax value of remaining account balance, if any)
**$141,968**



**Ages Income Distributed**

66                                                                     101

[1] The IRS requires qualified account holders to begin receiving required minimum distributions (RMDs) at age 72. If your chosen age to receive income occurs after age 72, this report will show RMDs coming out prior to the income date indicated above.

This hypothetical example assumes that the values shown will be consistent in all years. This is not likely, and actual results may be more or less favorable than shown. This report and its assumptions are not intended to predict future performance or your individual experience.



**Allianz Life Pro+® Advantage** Fixed Index Universal Life Insurance Policy
Brian Hauger, Male, 53, Preferred Plus Nontobacco
Initial death benefit: $250,000, Initial annual planned premium: $15,000

# Supplemental illustration: Policy snapshot

This is a supplemental illustration (that must be accompanied by the full product illustration) meant to summarize your assumptions, policy values, and index allocation choices. Refer to the illustration ledger of guaranteed values within the full product illustration for your policy's guaranteed elements and other important information.

**POLICY DESIGN ASSUMPTION**



**Insured:** Brian Hauger

Male, 53, Preferred Plus Nontobacco

**Initial death benefit:** $250,000

**LOAN SOLVE METHOD**

Annual distributions, Years 13 - Maturity; 100% indexed loans; the indexed loan portion will receive an indexed interest credit equal to the lesser of the illustrated rate or the loan charge (currently 5%) plus 0.50%.

**INTEREST RATE ASSUMPTIONS**

For purposes of comparing, and to illustrate how the product could react to varying interest rates, the chart below shows values calculating for the current illustrated rate, along with two additional rates. All current interest rate assumptions are not guaranteed.



**Premium**

**Initial planned premium $15,000.00 (years 1 - 12)**

**Total planned premium paid $180,000.00**

| Income-tax-free death benefit | | | |
|---|---|---|---|
| Interest rate | 6.10% | 5.00% | 4.00% |
| Initial death benefit | $250,000 | $250,000 | $250,000 |
| Net death benefit (age 65) | $452,210 | $438,795 | $422,861 |
| Net death benefit (age 100) | $137,427 | $116,262 | $173,383 |

| Cash value accumulation at age 65 | | | |
|---|---|---|---|
| Potential cash value | $200,500 | $187,085 | $171,151 |

| Tax-free policy loans[1] | | | |
|---|---|---|---|
| Annual policy loans | $13,439 | $11,084 | $5,974 |
| Total policy loans | $739,145 | $609,620 | $328,570 |

[1] Policy loans and withdrawals will reduce the available cash value and death benefit and may cause unintended consequences, including lapse or taxable events. Please see full loan and withdrawal disclosure within this material for details.

**This supplemental Illustration is valid only when accompanied by a full product illustration.**

This supplemental illustration is not an offer, contract, or promise of future policy performance. Actual policy values may be more or less favorable than the nonguaranteed values shown. Coverage is subject to the terms and conditions of the policy. The assumptions on which this illustration is based are subject to change on an annual basis.

Agent Information: Meredith Bruce
Issued in: GA    Date: 07/11/2023
Page S1 of 7

T: $9,565.25
UA: $250,000.00
Illustration ID: A01125276



**Allianz Life Pro+® Advantage** Fixed Index Universal Life Insurance Policy
Brian Hauger, Male, 53, Preferred Plus Nontobacco
Initial death benefit: $250,000, Initial annual planned premium: $15,000

# Supplemental illustration: Current scenario

| Age | End of policy year | Premium outlay | Net distributions | Total charges | Accumulation value | Cash value | Death benefit |
|---|---|---|---|---|---|---|---|
| | | | | | **Current scenario** | | |
| 54 | 1 | $15,000.00 | $0 | $4,037 | $11,444 | $0 | $261,444 |
| 55 | 2 | $15,000.00 | $0 | $4,209 | $23,632 | $11,470 | $273,632 |
| 56 | 3 | $15,000.00 | $0 | $4,400 | $36,606 | $24,826 | $286,606 |
| 57 | 4 | $15,000.00 | $0 | $4,608 | $50,412 | $39,014 | $300,412 |
| 58 | 5 | $15,000.00 | $0 | $4,785 | $65,148 | $54,128 | $315,148 |
| | | **$75,000.00** | **$0** | | | | |
| 59 | 6 | $15,000.00 | $0 | $4,975 | $80,877 | $70,234 | $330,877 |
| 60 | 7 | $15,000.00 | $0 | $5,177 | $97,665 | $87,395 | $347,665 |
| 61 | 8 | $15,000.00 | $0 | $5,389 | $115,589 | $107,031 | $365,589 |
| 62 | 9 | $15,000.00 | $0 | $5,619 | $134,721 | $127,876 | $384,721 |
| 63 | 10 | $15,000.00 | $0 | $5,267 | $155,765 | $150,630 | $405,765 |
| | | **$150,000.00** | **$0** | | | | |
| 64 | 11 | $15,000.00 | $0 | $5,536 | $178,230 | $174,808 | $428,230 |
| 65 | 12 | $15,000.00 | $0 | $5,824 | $202,210 | $200,500 | $452,210 |
| 66 | 13 | $0.00 | $13,439 | $4,280 | $213,858 | $199,747 | $242,519 |
| 67 | 14 | $0.00 | $13,439 | $4,349 | $226,141 | $197,213 | $240,180 |
| 68 | 15 | $0.00 | $13,439 | $4,481 | $239,033 | $194,548 | $237,574 |
| | | **$180,000.00** | **$40,317** | | | | |
| 69 | 16 | $0.00 | $13,439 | $2,758 | $254,507 | $193,687 | $236,953 |
| 70 | 17 | $0.00 | $13,439 | $2,955 | $270,754 | $192,783 | $236,103 |
| 71 | 18 | $0.00 | $13,439 | $3,160 | $287,816 | $191,834 | $235,007 |
| 72 | 19 | $0.00 | $13,439 | $3,344 | $305,766 | $190,874 | $230,624 |
| 73 | 20 | $0.00 | $13,439 | $3,525 | $324,663 | $189,916 | $225,629 |
| | | **$180,000.00** | **$107,512** | | | | |
| 74 | 21 | $0.00 | $13,439 | $3,701 | $344,574 | $188,979 | $219,991 |
| 75 | 22 | $0.00 | $13,439 | $3,867 | $365,575 | $188,089 | $213,679 |
| 76 | 23 | $0.00 | $13,439 | $4,020 | $387,749 | $187,278 | $206,666 |
| 77 | 24 | $0.00 | $13,439 | $4,295 | $411,048 | $186,442 | $206,995 |
| 78 | 25 | $0.00 | $13,439 | $4,588 | $435,522 | $185,575 | $207,351 |
| | | **$180,000.00** | **$174,707** | | | | |

**This supplemental Illustration is valid only when accompanied by a full product illustration.**

This supplemental illustration is not an offer, contract, or promise of future policy performance. Actual policy values may be more or less favorable than the nonguaranteed values    shown. Coverage is subject to the terms and conditions of the policy. The assumptions on which this illustration is based are subject to change on an annual basis.



**Allianz Life Pro+® Advantage** Fixed Index Universal Life Insurance Policy
Brian Hauger, Male, 53, Preferred Plus Nontobacco
Initial death benefit: $250,000, Initial annual planned premium: $15,000

# Supplemental illustration: Current scenario
*continued*

| | | | | | Current scenario | | |
|---|---|---|---|---|---|---|---|
| Age | End of policy year | Premium outlay | Net distributions | Total charges | Accumulation value | Cash value | Death benefit |
| 79 | 26 | $0.00 | $13,439 | $4,904 | $461,223 | $184,668 | $207,729 |
| 80 | 27 | $0.00 | $13,439 | $5,231 | $488,219 | $183,725 | $208,136 |
| 81 | 28 | $0.00 | $13,439 | $5,588 | $516,560 | $182,730 | $208,558 |
| 82 | 29 | $0.00 | $13,439 | $6,003 | $546,271 | $181,638 | $208,952 |
| 83 | 30 | $0.00 | $13,439 | $6,456 | $577,397 | $180,423 | $209,293 |
| | | $180,000.00 | $241,902 | | | | |
| 84 | 31 | $0.00 | $13,439 | $6,964 | $609,973 | $179,039 | $209,538 |
| 85 | 32 | $0.00 | $13,439 | $7,536 | $644,020 | $177,428 | $209,629 |
| 86 | 33 | $0.00 | $13,439 | $8,182 | $679,552 | $175,520 | $209,497 |
| 87 | 34 | $0.00 | $13,439 | $8,891 | $716,594 | $173,249 | $209,079 |
| 88 | 35 | $0.00 | $13,439 | $9,698 | $755,135 | $170,512 | $208,268 |
| | | $180,000.00 | $309,097 | | | | |
| 89 | 36 | $0.00 | $13,439 | $10,643 | $795,118 | $167,153 | $206,909 |
| 90 | 37 | $0.00 | $13,439 | $11,723 | $836,485 | $163,011 | $204,835 |
| 91 | 38 | $0.00 | $13,439 | $12,971 | $879,138 | $157,878 | $201,835 |
| 92 | 39 | $0.00 | $13,439 | $13,300 | $924,100 | $152,666 | $189,630 |
| 93 | 40 | $0.00 | $13,439 | $13,363 | $971,797 | $147,681 | $176,835 |
| | | $180,000.00 | $376,292 | | | | |
| 94 | 41 | $0.00 | $13,439 | $13,048 | $1,022,803 | $143,370 | $163,826 |
| 95 | 42 | $0.00 | $13,439 | $12,226 | $1,077,870 | $140,354 | $151,133 |
| 96 | 43 | $0.00 | $13,439 | $10,819 | $1,137,892 | $139,390 | $139,390 |
| 97 | 44 | $0.00 | $13,439 | $11,417 | $1,201,129 | $138,591 | $138,591 |
| 98 | 45 | $0.00 | $13,439 | $12,046 | $1,267,755 | $137,980 | $137,980 |
| | | $180,000.00 | $443,487 | | | | |
| 99 | 46 | $0.00 | $13,439 | $12,709 | $1,337,958 | $137,582 | $137,582 |
| 100 | 47 | $0.00 | $13,439 | $13,408 | $1,411,932 | $137,427 | $137,427 |
| 101 | 48 | $0.00 | $13,439 | $14,144 | $1,489,885 | $137,543 | $137,543 |
| 102 | 49 | $0.00 | $13,439 | $14,920 | $1,572,035 | $137,965 | $137,965 |
| 103 | 50 | $0.00 | $13,439 | $15,738 | $1,658,613 | $138,729 | $138,729 |
| | | $180,000.00 | $510,682 | | | | |

**This supplemental Illustration is valid only when accompanied by a full product illustration.**

This supplemental illustration is not an offer, contract, or promise of future policy performance. Actual policy values may be more or less favorable than the nonguaranteed values    shown. Coverage is subject to the terms and conditions of the policy. The assumptions on which this illustration is based are subject to change on an annual basis.



**Allianz Life Pro+® Advantage** Fixed Index Universal Life Insurance Policy
Brian Hauger, Male, 53, Preferred Plus Nontobacco
Initial death benefit: $250,000, Initial annual planned premium: $15,000

# Supplemental illustration: Current scenario
*continued*

| Age | End of policy year | Premium outlay | Net distributions | Total charges | Current scenario Accumulation value | Cash value | Death benefit |
|-----|------|------|------|------|------|------|------|
| 104 | 51 | $0.00 | $13,439 | $16,600 | $1,749,864 | $139,874 | $139,874 |
| 105 | 52 | $0.00 | $13,439 | $17,508 | $1,846,044 | $141,445 | $141,445 |
| 106 | 53 | $0.00 | $13,439 | $18,466 | $1,947,427 | $143,487 | $143,487 |
| 107 | 54 | $0.00 | $13,439 | $19,475 | $2,054,300 | $146,052 | $146,052 |
| 108 | 55 | $0.00 | $13,439 | $20,539 | $2,166,968 | $149,196 | $149,196 |
|     |    | $180,000.00 | $577,877 |       |       |       |       |
| 109 | 56 | $0.00 | $13,439 | $21,660 | $2,285,752 | $152,980 | $152,980 |
| 110 | 57 | $0.00 | $13,439 | $22,843 | $2,410,991 | $157,470 | $157,470 |
| 111 | 58 | $0.00 | $13,439 | $24,089 | $2,543,045 | $162,737 | $162,737 |
| 112 | 59 | $0.00 | $13,439 | $25,404 | $2,682,293 | $168,859 | $168,859 |
| 113 | 60 | $0.00 | $13,439 | $26,790 | $2,829,138 | $175,921 | $175,921 |
|     |    | $180,000.00 | $645,072 |       |       |       |       |
| 114 | 61 | $0.00 | $13,439 | $28,252 | $2,984,002 | $184,013 | $184,013 |
| 115 | 62 | $0.00 | $13,439 | $29,793 | $3,147,335 | $193,236 | $193,236 |
| 116 | 63 | $0.00 | $13,439 | $31,419 | $3,319,612 | $203,697 | $203,697 |
| 117 | 64 | $0.00 | $13,439 | $33,134 | $3,501,335 | $215,513 | $215,513 |
| 118 | 65 | $0.00 | $13,439 | $34,943 | $3,693,033 | $228,810 | $228,810 |
|     |    | $180,000.00 | $712,267 |       |       |       |       |
| 119 | 66 | $0.00 | $13,439 | $36,851 | $3,895,270 | $243,724 | $243,724 |
| 120 | 67 | $0.00 | $13,439 | $38,864 | $4,108,637 | $260,403 | $260,403 |
|     |    | $180,000.00 | $739,145 |       |       |       |       |

**This supplemental Illustration is valid only when accompanied by a full product illustration.**

This supplemental illustration is not an offer, contract, or promise of future policy performance. Actual policy values may be more or less favorable than the nonguaranteed values   shown. Coverage is subject to the terms and conditions of the policy. The assumptions on which this illustration is based are subject to change on an annual basis.

# Qualified Account Analysis

Prepared for:  Brian Hauger
Prepared on:  07/12/2023
Prepared by:  Meredith Bruce

SDWC Financial
(770) 864-4346

# Economic Assumptions



The values below are based on what we believe are reasonable forward-looking assumptions, as well as your risk tolerance and preferences. These assumptions are hypothetical and are not intended to predict future market conditions or your individual experience.

| | |
|---|---|
| Initial Contribution Amount | $19,737 |
| Assumed Age Income Begins[1] | 65 |
| Assumed Tax Liability | **24% years 1-2** **31.5% years 3-end** |
| Annual Pre-Tax Earnings<br>Based on a 80/20 split of equities and fixed income, with equities earning 6% fixed income earning 3.5% | 5.5% |
| Assumed Account Expenses | 1.5% |
| Assumed Age of Death[2] | 100 |

[1] The IRS requires qualified account holders to begin receiving required minimum distributions (RMDs) at age 72. If your chosen age to receive income occurs after age 72, this report will show RMDs coming out prior to the income date indicated above.
[2] Age of death based on your projection preferences.

# Potential Taxes



The values below show the potential total taxes paid based on the current market assumptions on the previous page, including:

- You save in a qualified account
- You retire at age 65
- You live to age 100
- You take $17,279 in distributions from the account annually [1]
- You are taxed on distributions as you access them, and taxed on remaining account value (if any) at death

| | |
|---|---|
| Potential taxes deferred while saving | $78,452 |
| Potential taxes incurred while spending | $190,502 |

[1] Required Minimum Distributions, or RMDs, must be distributed from qualified accounts beginning at age 72, according to IRS guidelines. Amount distributed annually should not be less than the RMD for that year.

[2] Contributions to a Roth IRA are subject to strict limitations by the IRS. Please consult a tax professional about your situation.

These materials are for informational purposes only and are not intended to provide tax, accounting or investment advice. Be sure to consult qualified professionals about your individual situation.

This hypothetical example does not consider every product or feature of tax-deferred accounts or Roth accounts and is for illustrative purposes only. It should not be deemed a representation of past or future results, and is no guarantee of return or future performance. Your tax bracket may be lower or higher in retirement, unlike this hypothetical example.

RMD calculation data gathered from RMD calculation software at StonewoodFinancial.com and is hypothetical only. Your actual RMDs are determined by a variety of factors.

# Alternate Qualified Account Analysis

### Number of years income amount will last



Based on the assumptions from page 3 of this report, below are potential values from your qualified account.

**The information shows the number of years you could withdraw the projected amount of $37,956 pre-tax, which translates to the potential after-tax income below.**



| Total Contributions | Total Account Value When Income Begins¹ | Potential Annual After-Tax Income |
|---|---|---|
| $258,452 | $335,407 | $26,000 |



Account funds forecast to be depleted at age 76
Total after-tax income: $275,447

**Ages Income Distributed**

65      76      100

¹ The IRS requires qualified account holders to begin receiving required minimum distributions (RMDs) at age 72. If your chosen age to receive income occurs after age 72, this report will show RMDs coming out prior to the income date indicated above.

This hypothetical example assumes that the values shown will be consistent in all years. This is not likely, and actual results may be more or less favorable than shown. This report and its assumptions are not intended to predict future performance or your individual experience.

# Qualified Account Analysis

Income for account to last until age 100



Based on the assumptions from page 3 of this report, below are potential values from your qualified account. The income shown represents the **largest annual withdrawal (after taxes) the account can support,** assuming you access the same amount of funds every year starting at your assumed retirement age (65) and lasting to when you are no longer living, in this case assumed to be age 100.

**The potential distribution amount (pre-tax) is $17,279, which translates to the potential after-tax income below.**

| Total Contributions | Total Account Value When Income Begins¹ | Potential Annual After-Tax Income |
|:---:|:---:|:---:|
| $258,452 | $335,407 | $11,836 |

Total after-tax income through age 100
(including after-tax value of remaining account balance, if any)
**$414,265**



**Ages Income Distributed**

¹ The IRS requires qualified account holders to begin receiving required minimum distributions (RMDs) at age 72. If your chosen age to receive income occurs after age 72, this report will show RMDs coming out prior to the income date indicated above.

This hypothetical example assumes that the values shown will be consistent in all years. This is not likely, and actual results may be more or less favorable than shown. This report and its assumptions are not intended to predict future performance or your individual experience.

# 401K          VS          IUL

| 401K | IUL |
|---|---|
| Out of Money in 11 yrs | LIFETIME Income |
| Taxable | Non Taxable |
| Probate | No Probate |
| 100% Market Risk | 0% Market Risk |
| Age Restrictions | No Age Restrictions |
| Penalties to Access | No Penalties |
| No Asset Protection | 100% Protected |
| Taxable to Heirs | Tax Free to Heirs |
| No Life Insurance | $363,746 Life Ins |
| No LTC Solution | Living Benefits |
| | Save $154,850 in taxes |

## REAL Program #1

```
IRA     45,000
MF's    87,000
Cash    25,000
        -----------
        157,000
```

## REAL Program #2

```
Roth IRA     15,000
```

| Investment Date | Investment | Quarterly 10% | Miscellaneous Distributions | IUL-Annuity Distribution | Tax Distribution |
|---|---|---|---|---|---|
| 7/15/2023 | $157,000 | $15,700 | | | |
| 10/15/2023 | $172,700 | $17,270 | | | |
| 1/15/2024 | $189,970 | $18,997 | | | |
| 4/15/2024 | $208,967 | $20,897 | $15,750 | | $8,000 |
| 7/15/2024 | $206,114 | $20,611 | | | |
| 10/15/2024 | $226,725 | $22,673 | | | |
| 1/15/2025 | $249,398 | $24,940 | | | |
| 4/15/2025 | $274,337 | $27,434 | | | $20,000 |
| 7/15/2025 | $281,771 | $28,177 | | | |
| 10/15/2025 | $309,948 | $30,995 | | | |
| 1/15/2026 | $340,943 | $34,094 | | | |
| 4/15/2026 | $375,037 | $37,504 | | | $27,000 |
| 7/15/2026 | $385,541 | $38,554 | | | |
| 10/15/2026 | $424,095 | $42,410 | | | |
| 1/15/2027 | $466,505 | $46,650 | | | |
| 4/15/2027 | $513,155 | $51,316 | | | $37,000 |
| 7/15/2027 | $527,471 | $52,747 | | | |
| 10/15/2027 | $580,218 | $58,022 | | | |
| 1/15/2028 | $638,239 | $63,824 | | | |
| 4/15/2028 | $702,063 | $70,206 | | | $51,000 |
| 7/15/2028 | $721,270 | $72,127 | | | |
| 10/15/2028 | $793,397 | $79,340 | | | |
| 1/15/2029 | $872,736 | $87,274 | | | |

| Investment Date | Investment | Quarterly 10% | Miscellaneous Distributions | IUL-Annuity Distribution | Tax Distribution |
|---|---|---|---|---|---|
| 7/15/2023 | $15,000 | $1,500 | | | |
| 10/15/2023 | $16,500 | $1,650 | | | |
| 1/15/2024 | $18,150 | $1,815 | | | |
| 4/15/2024 | $19,965 | $1,997 | | | |
| 7/15/2024 | $21,962 | $2,196 | | | |
| 10/15/2024 | $24,158 | $2,416 | | | |
| 1/15/2025 | $26,573 | $2,657 | | | |
| 4/15/2025 | $29,231 | $2,923 | | | |
| 7/15/2025 | $32,154 | $3,215 | | | |
| 10/15/2025 | $35,369 | $3,537 | | | |
| 1/15/2026 | $38,906 | $3,891 | | | |
| 4/15/2026 | $42,797 | $4,280 | | | |
| 7/15/2026 | $47,076 | $4,708 | | | |
| 10/15/2026 | $51,784 | $5,178 | | | |
| 1/15/2027 | $56,962 | $5,696 | | | |
| 4/15/2027 | $62,659 | $6,266 | | | |
| 7/15/2027 | $68,925 | $6,892 | | | |
| 10/15/2027 | $75,817 | $7,582 | | | |
| 1/15/2028 | $83,399 | $8,340 | | | |
| 4/15/2028 | $91,739 | $9,174 | | | |
| 7/15/2028 | $100,912 | $10,091 | | | |
| 10/15/2028 | $111,004 | $11,100 | | | |
| 1/15/2029 | $122,104 | $12,210 | | | |

al purposes only and is not intended to substitute for obtaining investment, accounting, tax or financial advice from a

fer and receipt does not constitute a consulting-client relationship. Internet subscribers, users and online readers are ordinated within your financial plan.