# EXHIBIT I



## Advantage Savings - 3752 : Account Activity

Transaction details

| | |
|---|---|
| Posting date | Jun 11, 2024 |
| Description | WIRE TYPE:WIRE OUT DATE:240611 TIME:0702 ET TRN:XXXXXXXXXX221638 SERVICE REF:004294 BNF:DRIVE PLANNING, LLC ID:XXXXX09132951 BNF BK:TR UIST BANK ID:XXXXX1387 PMT DET:XXXXX2780 BRIAN HAU GER - REAL |
| Type | Withdrawal |
| Status | Cleared |
| Amount | -$6,500.00 |
| Description | WIRE TYPE:WIRE OUT DATE:240611 TIME:0702 ET TRN:XXXXXXXXXX221638 SERVICE REF:004294 BNF:DRIVE PLANNING, LLC ID:XXXXX09132951 BNF BK:TR UIST BANK ID:XXXXX1387 PMT DET:XXXXX2780 BRIAN HAU GER - REAL |
| Merchant name | DRIVE PLANNING, LLC |
| Transaction category | Business Expenses: Business Miscellaneous |