# EXHIBIT J

# View backup files – SyncTech

| Conversation with Meredith Bruce (+17708644346) | | | |
| --- | --- | --- | --- |
| **Type** | **Date** | **Name/Number** | **Message Body** |
| Received | 07/05/2023 3:05:04 PM | Meredith Bruce (+1770864434 6) | Hey, good afternoon Brian, this is Meredith Bruce. This is just a friendly reminder regarding our appointment for tomorrow evening at 7 PM. Please confirm your attendance via text and I will send you out a zoom link. |
| Sent | 07/05/2023 5:52:28 PM | Meredith Bruce (+1770864434 6) | Hi sorry been on back to back calls today. Yes still interested and pm is fine. My wife will most likely be joining remotely so I'll forward the link to her. |
| Received | 07/05/2023 5:53:49 PM | Meredith Bruce (+1770864434 6) | Would another time or day work better? |
| Sent | 07/05/2023 5:55:03 PM | Meredith Bruce (+1770864434 6) | 7 pm is fine.. If you would like us both together in same room then after 7 is best. But I'm ok with 7 and her joining from her phone. She may be driving home at that time. |
| Sent | 07/06/2023 8:49:48 AM | Meredith Bruce (+1770864434 6) | Good morning. I dont see an email from you this morning so wanted to make sure I didn't miss it. : b.hauger@comcast.net |
| Received | 07/06/2023 8:50:36 AM | Meredith Bruce (+1770864434 6) | I just haven't sent it since we spoke so late yesterday evening. I'll send it soon. I'm not at my desk yet this morning. |
| Received | 07/06/2023 10:43:44 AM | Meredith Bruce (+1770864434 6) | Just sent 😬 |
| Sent | 07/06/2023 10:44:31 AM | Meredith Bruce (+1770864434 6) | Got it. Cya you then |
| Received | 07/06/2023 6:59:01 PM | Meredith Bruce (+1770864434 6) | I'm in whenever you're ready 😬 |
| Sent | 07/06/2023 6:59:28 PM | Meredith Bruce (+1770864434 6) | 👍 |

| Received | 07/11/2023 3:19:34 PM | Meredith Bruce (+17708644346) | Hey Brian, it's Meredith. Quick question, are you are mutual funds cash or do they have a label such as an IRA attached to them? |
|---|---|---|---|
| Sent | 07/11/2023 3:19:58 PM | Meredith Bruce (+17708644346) | Hi. They are cash. |
| Received | 07/11/2023 3:20:10 PM | Meredith Bruce (+17708644346) | 👍 |
| Received | 07/12/2023 12:00:45 PM | Meredith Bruce (+17708644346) | This is just a friendly reminder regarding our appointment for tomorrow at noon. Please confirm your attendance via text and I will send you out a zoom link. |
| Sent | 07/12/2023 12:01:08 PM | Meredith Bruce (+17708644346) | Confirmed. |
| Received | 07/13/2023 11:58:35 AM | Meredith Bruce (+17708644346) | I'm in whenever you guys are ready |
| Sent | 07/13/2023 11:59:53 AM | Meredith Bruce (+17708644346) | 👍 |
| Received | 07/17/2023 12:01:50 PM | Meredith Bruce (+17708644346) | Just checking in to see if you or Sonia have any questions or if you have come to any decisions yet? |
| Sent | 07/17/2023 1:17:53 PM | Meredith Bruce (+17708644346) | Hi. Don't think I have any questions. Going to pass on the IUL options. Would like to discuss getting set up in real program with an initial amount of like 30k to build my trust in it and see paperwork, then I'll be ready to jump in more aggressively with the next term. Thats where my heads at.. |
| Received | 07/17/2023 1:19:03 PM | Meredith Bruce (+17708644346) | I have a few meetings and then I'll give u a call. |
| Sent | 07/17/2023 1:22:08 PM | Meredith Bruce (+17708644346) | Ok |
| Sent | 07/17/2023 2:53:43 PM | Meredith Bruce (+17708644346) | I'll call back in 5 mins |
| Sent | 07/18/2023 3:34:52 PM | Meredith Bruce (+17708644 | Hi. I will have the funds by Friday and have appt scheduled with boa at 10am |

| Received | | | on that day. |
|----------|--|--|--------------|
| Received | 07/18/2023 4:05:32 PM | Meredith Bruce (+1770864434 6) | I'll be in touch before then. 😀 |
| Received | 07/19/2023 12:16:54 PM | Meredith Bruce (+1770864434 6) |  Download |
| Received | 07/19/2023 12:18:48 PM | Meredith Bruce (+1770864434 6) | Good afternoon Brian, it's Meredith. I just emailed you a docusign that you will need to fill out for your investment. Call me if you have any questions and I will walk you through it. Your answer to are these qualified funds is no, and the rest is pretty much self-explanatory. And I just sent you the wiring instructions so that you will conveniently have it on your telephone when you go to the bank. Call |

| | | | me with any questions otherwise you can just text me after the wire is complete so that I can turn everything in on my end. |
|---|---|---|---|
| Sent | 07/19/2023 12:54:36 PM | Meredith Bruce (+17708644346) | OK thanks. Will look it over. |
| Received | 07/19/2023 1:13:32 PM | Meredith Bruce (+17708644346) | Sorry, I'm in a meeting and can't talk. Please text me and I can respond. |
| Sent | 07/19/2023 1:14:21 PM | Meredith Bruce (+17708644346) | Bullet 4 in underwriting....in the event loan paid out later, etc... What is this clause? |
| Received | 07/19/2023 1:15:44 PM | Meredith Bruce (+17708644346) | It's never happened but it's a clause stating that if they paid the interest late u would get extra for the prorated amount. |
| Sent | 07/19/2023 1:18:32 PM | Meredith Bruce (+17708644346) | 👍 |
| Sent | 07/21/2023 9:25:06 AM | Meredith Bruce (+17708644346) | Good morning. Heading to bank to do wire at 10. All set to go from your side? |
| Received | 07/21/2023 9:25:48 AM | Meredith Bruce (+17708644346) | Yes sir! Just shoot me a text after you have completed the wire and I will match things up on my end. We will get confirmation on Monday that your contract has been paired with your wire. |
| Sent | 07/21/2023 9:29:08 AM | Meredith Bruce (+17708644346) | 👍 |
| Sent | 07/21/2023 10:30:49 AM | Meredith Bruce (+17708644346) | All done 😀 |
| Received | 07/21/2023 10:31:37 AM | Meredith Bruce (+17708644346) | Awesome! Welcome to the family! Like I said, before, I will get confirmation on Monday that everything has been turned in and processed. You'll hear from me then. Have a great weekend! |
| Received | 07/24/2023 1:19:01 PM | Meredith Bruce (+17708644346) | Good afternoon! Your promissory note is already in your inbox. Congratulations and welcome to the family! |
| Sent | 07/24/2023 1:23:22 PM | Meredith Bruce (+17708644346) | Just looked at it. Thanks! |

| Sent | 07/24/2023 1:44:15 PM | Meredith Bruce (+17708644346) | I'd like a refresh on what you were telling me about what we can do with my Roth Ira and real program. |
|------|------------------------|------------------------------|---------------------------------------------|
| Received | 07/24/2023 2:19:24 PM | Meredith Bruce (+17708644346) | You can do a self directed IRA and then keep it a Roth and invest it. I'll handle it all and walk u thru it when the time comes. |
| Sent | 07/24/2023 2:26:36 PM | Meredith Bruce (+17708644346) | 👍 |
| Sent | 07/28/2023 11:32:52 AM | Meredith Bruce (+17708644346) | Hi there. Quick question. Does Drive planning eventually cap the loan amount over time? Or have they done that previously? Just thinking of the long term and the forecast growth you shared. |
| Received | 07/28/2023 11:33:59 AM | Meredith Bruce (+17708644346) | Yes they do. About a month ago they said that they would only take 9 1/2 more million dollars that's to go with the amount of land that they currently own. When they buy more land, they can intake more investments. |
| Sent | 07/28/2023 11:37:06 AM | Meredith Bruce (+17708644346) | So when they stop taking in more money, does that mean they also stop future rollovers into new 3 month periods? What's happens? |
| Received | 07/28/2023 11:38:12 AM | Meredith Bruce (+17708644346) | I don't really know the answer to that question because it has never happened. My best guess would be that they would allow everyone that is in to keep renewing but not take on newer investors. |
| Sent | 07/28/2023 11:39:21 AM | Meredith Bruce (+17708644346) | Fingers crossed and that they don't hit 9.5 mil by October. |
| Received | 07/28/2023 11:40:42 AM | Meredith Bruce (+17708644346) | I doubt that. You don't realize that there's also plenty of people taking money out as well. Like I have people that have different plans and they take out thousands of dollars each month or they wait and pay off the mortgage etc. so between the inns and outs of all of the clients. I don't think it will stop anytime soon. Plus they are always buying new land. |
| Sent | 07/28/2023 11:41:37 AM | Meredith Bruce (+17708644346) | Sounds good. Thanks. I'll be ready to pounce come October. |

| Received | 07/28/2023 11:42:02 AM | Meredith Bruce (+17708644346) | What happens in October? |
|---|---|---|---|
| Sent | 07/28/2023 11:42:44 AM | Meredith Bruce (+17708644346) | My 3 month note becomes due and I can add... Or can you do that sooner? |
| Received | 07/28/2023 11:43:48 AM | Meredith Bruce (+17708644346) | You don't have to wait. It depends on what you would like to add. If it is more than $20,000 you would just do another one. I wouldn't wait because then you're missing out on that interest. |
| Sent | 07/28/2023 11:46:08 AM | Meredith Bruce (+17708644346) | I was talking about the mutual funds, trad Ira. Etc.. Roth deal you mentioned... I'd like to have a call to quickly go over a few questions.. Guess I'll finally need an accountant next tax season to make sure I'm doing everything right. |
| Received | 07/28/2023 11:47:13 AM | Meredith Bruce (+17708644346) | When would u like to chat? |
| Sent | 07/28/2023 11:47:38 AM | Meredith Bruce (+17708644346) | I could do 1230, or 230 and after. |
| Received | 07/28/2023 11:52:21 AM | Meredith Bruce (+17708644346) | I'll call u at 12:30 |
| Sent | 07/28/2023 11:52:51 AM | Meredith Bruce (+17708644346) | 👍 |
| Sent | 08/10/2023 4:07:40 PM | Meredith Bruce (+17708644346) | Hi there... Just back from vacation yesterday. I've reached out to my $ guy and we are scheduling an appt early next week. |
| Sent | 08/10/2023 4:09:01 PM | Meredith Bruce (+17708644346) | One thing I was thinking, was staggering 3 different Real program investments over 3 months. That way if I ever need cash, I always have one maturing every month. Does anyone else do that or does it make sense? |
| Received | 08/10/2023 4:09:49 PM | Meredith Bruce (+17708644346) | I hope u had a great time! Let me know when ur appt is and we'll talk prior to that. And yes many people do that. Lol |
| Sent | 08/10/2023 4:10:18 PM | Meredith Bruce (+17708644346) | 👍 |

| Sent | 08/14/2023 4:24:42 PM | Meredith Bruce (+17708644346) | I have my finance guy call tomorrow at 4. When are you free prior for a brief call? |
|------|------|------|------|
| Received | 08/14/2023 4:26:21 PM | Meredith Bruce (+17708644346) | Of course |
| Sent | 08/14/2023 4:47:14 PM | Meredith Bruce (+17708644346) | He just happen to call me jsut now because he freed up. Call me whenever you have a sec. Tomorrow morning is fine if busy now. |
| Received | 08/14/2023 5:15:43 PM | Meredith Bruce (+17708644346) | I'm in a meeting now and then a zoom at 6:30. Sorry! |
| Sent | 08/14/2023 5:16:55 PM | Meredith Bruce (+17708644346) | No problem. I got the scoop on funds and he is initiating sale of mutual funds tomorrow. Want to talk with you about the rest. (tomorrow.) |
| Received | 08/14/2023 5:24:29 PM | Meredith Bruce (+17708644346) | Call me whenever u can in the morning. |
| Sent | 08/15/2023 9:21:43 AM | Meredith Bruce (+17708644346) | Howdy. I'm free now till 11. |
| Sent | 08/15/2023 2:01:41 PM | Meredith Bruce (+17708644346) | Dman stock market.. Accounts down $1200 today combined and doesn't look like he sold yet. |
| Sent | 08/15/2023 2:02:04 PM | Meredith Bruce (+17708644346) | Oh well |
| Sent | 08/15/2023 2:02:32 PM | Meredith Bruce (+17708644346) | I got the Roth Ira intro email from American IRA. |
| Received | 08/15/2023 2:04:01 PM | Meredith Bruce (+17708644346) | 👤 they'll trade at market close today. You need to establish that account so that we can move your Roth over to that. Go ahead and fill out the application that she sent you. And I know that you have to upload your drivers license and a statement from your Roth account and attach it to your application . |
| Sent | 08/15/2023 2:10:56 PM | Meredith Bruce (+17708644346) | I'll try and figure it out. |

| Sent | 08/15/2023 3:10:23 PM | Meredith Bruce (+1770864434 6) | Account funding option when America IRA... Rollover contribution or direct rollover? |
|------|------|------|------|
| Received | 08/15/2023 3:11:22 PM | Meredith Bruce (+1770864434 6) | Direct rollover. |
| Sent | 08/15/2023 3:11:52 PM | Meredith Bruce (+1770864434 6) | Thx |
| Sent | 08/15/2023 3:12:48 PM | Meredith Bruce (+1770864434 6) | That pops up saying thats a rollover from employer sponsored plan. Thats not correct. |
| Received | 08/15/2023 3:14:30 PM | Meredith Bruce (+1770864434 6) | No that's not. Did Maryssa include her number? I'm thinking that maybe we should call her. |
| Sent | 08/15/2023 3:46:11 PM | Meredith Bruce (+1770864434 6) | No # |
| Received | 08/15/2023 3:49:32 PM | Meredith Bruce (+1770864434 6) | Click to download text/x-vCard |
| Sent | 08/15/2023 4:01:35 PM | Meredith Bruce (+1770864434 6) | Left her a voicemail |
| Received | 08/15/2023 4:01:55 PM | Meredith Bruce (+1770864434 6) | 👍 |
| Sent | 08/15/2023 4:02:33 PM | Meredith Bruce (+1770864434 6) | Make me stop looking at the market.. It's a losing kind of day. Boooo |
| Sent | 08/17/2023 11:22:03 AM | Meredith Bruce (+1770864434 6) | I talked to Maryssa this morning. She said the Roth classification would be a transfer. |
| Received | 08/17/2023 11:23:17 AM | Meredith Bruce (+1770864434 6) | Awesome |
| Received | 08/17/2023 2:26:50 PM | Meredith Bruce (+1770864434 6) | You didn't get the other funds yet, correct? |
| Sent | 08/17/2023 2:27:47 PM | Meredith Bruce (+1770864434 6) | They are cashed out and transfer is being initiated to me. As soon as I see the verified dollar amount I'll fill out the new form you sent. |

| Received | 08/17/2023 2:28:32 PM | Meredith Bruce (+1770864434 6) | OK, awesome. I just want to make sure that I am up to speed with you. I will wait to hear from you. |
|----------|------------------------|--------------------------------|---------------------------------------------------------------------------------------------------|
| Sent | 08/17/2023 2:28:34 PM | Meredith Bruce (+1770864434 6) | He also verified they will not withhold taxes per our request for traditional Ira. I'm trying to find time to do the Roth paperwork. |
| Received | 08/17/2023 2:28:53 PM | Meredith Bruce (+1770864434 6) | Liked "He also verified they will not withhold taxes per …" |
| Sent | 08/17/2023 2:29:42 PM | Meredith Bruce (+1770864434 6) | I'm going to watch the market since it dropped this week and ask him to cash out traditional if there is a good + run to get back where it was. I want to do real program on that portion next month so time for that. |
| Sent | 08/17/2023 2:30:06 PM | Meredith Bruce (+1770864434 6) | Roth I'll do asap. May need your help with the forms Maryssa sent over. |
| Received | 08/17/2023 2:30:24 PM | Meredith Bruce (+1770864434 6) | 👍 |
| Sent | 08/17/2023 3:31:35 PM | Meredith Bruce (+1770864434 6) | My truist guy didn't seem to excited to get on the phone with you. Don't think we need him now though. I got the facts and the ball is rolling. |
| Received | 08/17/2023 3:44:06 PM | Meredith Bruce (+1770864434 6) | We don't have to call. U did everything. |
| Sent | 08/17/2023 3:44:36 PM | Meredith Bruce (+1770864434 6) | I try. 😁 |
| Received | 08/17/2023 3:49:15 PM | Meredith Bruce (+1770864434 6) | Laughed at "I try. 😁" |

| Sent | 08/18/2023 9:22:18 AM | Meredith Bruce (+17708644346) |  Download<br><br>Which one of these am I selecting for American IRA setup? Option 1 or 2 |
|---|---|---|---|
| Received | 08/18/2023 9:26:31 AM | Meredith Bruce (+17708644346) | I would evaluate how u will use the account. Do u plan on going in and out a lot? If so #2 seams reasonable. |
| Sent | 08/18/2023 9:26:53 AM | Meredith Bruce (+17708644346) | Set it and forget it isy approach. |
| Sent | 08/18/2023 4:11:28 PM | Meredith Bruce (+17708644346) | Money being transferred on Monday. Have a great weekend. |
| Received | 08/18/2023 4:11:49 PM | Meredith Bruce (+17708644346) | Woohoo!!! |
| Sent | 08/18/2023 4:12:13 PM | Meredith Bruce (+17708644346) | Maryssa and I making progress. |

The image in the first row contains:

**e Schedule**

**Annual Fees**

One Time Account establishment: $50

☐ **Option One: $285 annually**
- $95 transaction fee (Purchase/Sale of an Asset)·
- Minimum Account Balance $750

☐ **Option Two: $450 annually**
- Unlimited transactions (Purchase/Sale of an Asset)
- Minimum Account Balance $750

No Annual Fee until your first movement of money! (Invest
Accounts under $7500 pay an Annual Fee of only $163 or $332
Gold accounts are $175 per year with a $35 transac

**Processing Fees**

| Received | 08/18/2023 4:12:45 PM | Meredith Bruce (+17708644346) | Good! Is it difficult? |
|---|---|---|---|
| Sent | 08/18/2023 4:18:13 PM | Meredith Bruce (+17708644346) | Not so far.. Just getting account set up. Sending transfer form over weekend. |
| Received | 08/21/2023 10:59:50 AM | Meredith Bruce (+17708644346) | Good morning 😊 Do we have funds yet? |
| Sent | 08/21/2023 11:00:51 AM | Meredith Bruce (+17708644346) | No 🙈. I emailed them about 10 mins ago. I'll keep you posted. |
| Received | 08/21/2023 11:01:20 AM | Meredith Bruce (+17708644346) | 👍 |
| Sent | 08/21/2023 11:18:41 AM | Meredith Bruce (+17708644346) | She replied she will be sending me forms today for transfer. |
| Received | 08/21/2023 11:19:33 AM | Meredith Bruce (+17708644346) | OK. Let me know if you need help. |
| Sent | 08/21/2023 4:55:45 PM | Meredith Bruce (+17708644346) | OK.. I'll have funds in my bank on Wednesday. I have the amount. $87963.00 |
| Received | 08/21/2023 6:08:32 PM | Meredith Bruce (+17708644346) | 👍 |
| Sent | 08/22/2023 9:53:17 AM | Meredith Bruce (+17708644346) | Good morning. Just filled out the drive planning and w9 forms. I'll let you know when funds are available. I'm expecting to receive tomorrow and should be available to wire to you on Thursday. |
| Received | 08/22/2023 10:12:13 AM | Meredith Bruce (+17708644346) | Awesome 😎 |
| Sent | 08/22/2023 12:11:24 PM | Meredith Bruce (+17708644346) | I see the money in my bank.. Still as "processing" but good to go by tomorrow. |
| Received | 08/22/2023 12:13:43 PM | Meredith Bruce (+17708644346) | 👍 |
| Sent | 08/22/2023 5:05:24 PM | Meredith Bruce (+17708644346) | With all the moving pieces, I forgot I have to schedule a bank appt to wire the money. I made an appt for 10:30 |

| | | | |
|---|---|---|---|
| | | | tomorrow. Am I okay sending the money tomorrow? |
| Received | 08/22/2023 5:06:28 PM | Meredith Bruce (+17708644346) | Absolutely. Just text me whenever you're done with the wire so I can turn it in. |
| Sent | 08/22/2023 5:07:28 PM | Meredith Bruce (+17708644346) | Can you email me the wire instructions again so I don't have to go digging. |
| Received | 08/22/2023 5:08:01 PM | Meredith Bruce (+17708644346) |  |
| Received | 08/22/2023 5:08:12 PM | Meredith Bruce (+17708644346) | Want me to email as well? |

| Sent | 08/22/2023 5:08:29 PM | Meredith Bruce (+1770864434 6) | 😊 . This is perfect |
|---|---|---|---|
| Received | 08/22/2023 5:08:40 PM | Meredith Bruce (+1770864434 6) | 👍 |
| Received | 08/23/2023 10:57:57 AM | Meredith Bruce (+1770864434 6) | I am about to enter an 11 AM appointment but I wanted to check and make sure that you sent the wire at 10:30 this morning |
| Sent | 08/23/2023 10:58:51 AM | Meredith Bruce (+1770864434 6) | Yep.. Should be sent out any min. Already left the bank. |
| Sent | 08/23/2023 11:55:10 AM | Meredith Bruce (+1770864434 6) | Also connected with Maryssa today and my part is done, just waiting for the transfer to complete. I don't know the time line. |
| Received | 08/23/2023 12:10:36 PM | Meredith Bruce (+1770864434 6) | I have turned in your contract and I will get confirmation by tomorrow that your contract was matched with your wire transfer. |
| Sent | 08/23/2023 12:10:59 PM | Meredith Bruce (+1770864434 6) | 👍 |
| Sent | 08/24/2023 5:56:51 PM | Meredith Bruce (+1770864434 6) | Any updates? |
| Received | 08/24/2023 5:59:19 PM | Meredith Bruce (+1770864434 6) | I just realized when you texted me that I did not send you a text this afternoon. It was in the box. I just didn't hit the green arrow. Lol I apologize. Your wire was received and matched to your contract. You'll probably get your promissory note tomorrow or Monday. But you are good to go! Congratulations! |
| Sent | 08/24/2023 6:00:15 PM | Meredith Bruce (+1770864434 6) | Great thanks. 2 to go.. Roth and trad ira next month. 😊 |
| Received | 08/24/2023 6:00:36 PM | Meredith Bruce (+1770864434 6) | 👍 |
| Received | 08/25/2023 12:58:08 PM | Meredith Bruce (+1770864434 6) | Good afternoon, your promissory note is in your inbox! |

| Sent | 08/25/2023 1:36:28 PM | Meredith Bruce (+1770864434 6) | Yep. Yay! |
| --- | --- | --- | --- |
| Sent | 09/01/2023 12:54:30 PM | Meredith Bruce (+1770864434 6) | Hey! Roth Ira is being transferred on Tues. Have a great labor day weekend |
| Received | 09/01/2023 12:59:05 PM | Meredith Bruce (+1770864434 6) | Woohoo! You too! |
| Sent | 09/11/2023 9:32:48 AM | Meredith Bruce (+1770864434 6) | Good morning. Let me know when your avail for a quick call. Or just call me when able. 😁 |
| Received | 09/11/2023 9:34:46 AM | Meredith Bruce (+1770864434 6) | I'll call u in a few hours. I'm in appts all morning. |
| Sent | 09/11/2023 9:35:00 AM | Meredith Bruce (+1770864434 6) | 👍 |
| Sent | 09/11/2023 12:20:04 PM | Meredith Bruce (+1770864434 6) | On docusign, I put NO for client will wire money since I won't be sending by wire. If wrong let me know |
| Received | 09/11/2023 12:20:54 PM | Meredith Bruce (+1770864434 6) | Put no |
| Sent | 09/13/2023 2:39:16 PM | Meredith Bruce (+1770864434 6) | Hey. Initiating transfer of trad ira to my account today. Should be settled by Friday. I would like to fund the account on next Friday. 22nd. Just FYI.. If you want to send docusign for it now we can, or wait until early next week. |
| Received | 09/13/2023 2:42:26 PM | Meredith Bruce (+1770864434 6) | If you want your contract date to be September 22, then we should wire on Thursday, September 21. |
| Received | 09/13/2023 2:44:05 PM | Meredith Bruce (+1770864434 6) | I'll send the docusign later when I'm back at my desk. |
| Sent | 09/13/2023 2:50:09 PM | Meredith Bruce (+1770864434 6) | Cool |
| Sent | 09/15/2023 12:18:41 PM | Meredith Bruce (+1770864434 6) | Hey. Just letting you know I'm on vacation till Wednesday. I got the funds and your docusign. We will get it all done next week. |

| Received | 09/15/2023 12:19:42 PM | Meredith Bruce (+17708644346) | Awesome. Have a great trip!!! |
|---|---|---|---|
| Sent | 09/18/2023 12:31:00 PM | Meredith Bruce (+17708644346) | I just filled out the docusign. Ill plan on wiring the funds on Thursday so it's funded on Friday. |
| Received | 09/18/2023 12:34:02 PM | Meredith Bruce (+17708644346) | That's a fun vacation activity. Lol |
| Sent | 09/18/2023 12:40:06 PM | Meredith Bruce (+17708644346) | I'll be home tomorrow night. Parties nearly over. |
| Received | 09/18/2023 12:42:22 PM | Meredith Bruce (+17708644346) | Laughed at "I'll be home tomorrow night. Parties nearly over. " |
| Received | 09/20/2023 9:18:03 AM | Meredith Bruce (+17708644346) | Sorry, I'm in a meeting and can't talk. Please text me and I can respond. |
| Sent | 09/20/2023 9:18:58 AM | Meredith Bruce (+17708644346) | Hi going to forward you a msg from American IRA. Not understanding it and will ask you before I reply to them. I finalized the forms woth them this morning and this is her response. |
| Received | 09/20/2023 9:21:08 AM | Meredith Bruce (+17708644346) | I'm in meetings til 11 or so. Maryssa will take ur call and she's very helpful. Feel free to call her if u need something before I'm free. |
| Sent | 09/20/2023 9:21:18 AM | Meredith Bruce (+17708644346) | 👍 |
| Sent | 09/20/2023 9:35:03 AM | Meredith Bruce (+17708644346) | Give me a call when you have a min after your meetings. Need to make sure we address their min balance in Ira correctly. Basically they need $750 cash balance, which will come out of Roth and be held. The rest funded.. Just bummer to hear this at the finish line. Less to invest. |
| Sent | 09/20/2023 1:02:08 PM | Meredith Bruce (+17708644346) | Hi. Sorry i stepped out for lunch. I'm free now or let me know when you are. Thx. |
| Received | 09/21/2023 10:03:50 AM | Meredith Bruce (+17708644346) | Good morning sunshine! I just sent you a blank doc you sign for your Roth. Please change the amount to $13,879.23. I'll get it turned in and you should be good to go. |

| Received | 09/21/2023 10:16:32 AM | Meredith Bruce (+17708644346) | I'm on it!!! |
|---|---|---|---|
| Sent | 09/21/2023 3:31:45 PM | Meredith Bruce (+17708644346) | Hi. Final wire just completed. 48,832 |
| Received | 09/21/2023 3:32:18 PM | Meredith Bruce (+17708644346) | I'll track it! |
| Sent | 09/21/2023 3:52:29 PM | Meredith Bruce (+17708644346) | I have a favor to ask, not urgent, but could you reconfigure the drive planning forecast sheet from our initial presentation for the dollar amounts I now have deposited. Doesn't need to be exact (like not seperate for each of the 4), but 1 for the gross amount invested , and one for the Roth account. I'd like to file it away as a reference. |
| Received | 09/21/2023 4:15:51 PM | Meredith Bruce (+17708644346) | Absolutely. I will do a sheet for each investment. But u don't have 4 accounts u have 3. Right? 8/24. 87,963 Roth 13,879.23 And the one from today 48,832 |
| Sent | 09/21/2023 4:16:46 PM | Meredith Bruce (+17708644346) | Original for 30k..how quickly you forget how long you have known me 😊 |
| Received | 09/21/2023 4:19:01 PM | Meredith Bruce (+17708644346) | Oh yeah!!!! It's way back in my log. That's from July. I forgot it in my head but found it. I'll send them soon. |
| Received | 09/21/2023 4:20:35 PM | Meredith Bruce (+17708644346) | Did u get a breakout sent to u from the IRAs? |
| Sent | 09/21/2023 4:22:10 PM | Meredith Bruce (+17708644346) | We just guesstimated 157k initially, plus the Roth at 15k. |
| Sent | 09/25/2023 11:09:21 AM | Meredith Bruce (+17708644346) | Good morning. Can you follow up with status of Roth Ira. I have not seen the promissory note yet. Maybe it takes a little longer since we just got the details re-sent last week. |
| Received | 09/25/2023 11:14:46 AM | Meredith Bruce (+17708644346) | The Roth takes a minute. It'll be a week or so. I already confirmed that they received the wire. They have to process it , Drive Planning sends over documents, they go back and forth quite a few times. |

| Sent | 09/25/2023 11:15:04 AM | Meredith Bruce (+17708644346) | OK cool. Thanks |
|------|------------------------|-------------------------------|-----------------|
| Sent | 09/25/2023 12:59:55 PM | Meredith Bruce (+17708644346) | Edithe jsut called from American IRA. She was still waiting to hear about what we were doing.. I told her I discussed with you last week we will have to reduce amount and hold the 750. Drive planning had not provided that update. I told her and she said she will follow up with them. |
| Received | 09/25/2023 1:01:10 PM | Meredith Bruce (+17708644346) | Well, I don't know who Edith is so I'm gonna call there right away. I've been working with Marisa and she is supposedly on top of everything and is aware of what's going on. |
| Sent | 09/25/2023 1:01:43 PM | Meredith Bruce (+17708644346) | She is supporting Maryssa is my understanding but yes, a disconnect. |
| Sent | 09/25/2023 1:01:47 PM | Meredith Bruce (+17708644346) | Thx |
| Received | 09/25/2023 1:07:41 PM | Meredith Bruce (+17708644346) | I left a message for Maryssa. I've spoken with her and Drive Planning on Friday and everything was in motion and correct on Friday. I'm on it and will recheck this afternoon. I'll keep u posted. |
| Sent | 09/25/2023 1:12:29 PM | Meredith Bruce (+17708644346) | OK. The ladies name is Edythe that called me. |
| Received | 09/25/2023 1:13:24 PM | Meredith Bruce (+17708644346) | 👍 |
| Sent | 09/25/2023 3:40:42 PM | Meredith Bruce (+17708644346) | Just received and signed the corrected documents from American IRA. |
| Received | 09/25/2023 3:41:52 PM | Meredith Bruce (+17708644346) | I haven't heard from them yet. |
| Sent | 09/25/2023 3:42:39 PM | Meredith Bruce (+17708644346) | All good now it seems. This contained the correct amount minus the 750. 13879.23 |
| Received | 09/25/2023 3:44:27 PM | Meredith Bruce (+17708644346) | Ok. Then they're doing what they're supposed to do. |

| Sent | 09/25/2023 4:17:54 PM | Meredith Bruce (+17708644346) | Just got call for final verification....still moving ahead in the right direction. |
|---|---|---|---|
| Received | 09/25/2023 4:18:47 PM | Meredith Bruce (+17708644346) | 👏👏woohoo |
| Sent | 09/25/2023 4:39:38 PM | Meredith Bruce (+17708644346) | Ouch.. And as soon as it's setup they send me invoice for $426.40. Of that $141 in fees. Yay!.. Guess they take that out of the 750? Says paid and balance zero. |
| Sent | 09/25/2023 4:40:15 PM | Meredith Bruce (+17708644346) | I forwarded it to you in email. |
| Received | 09/25/2023 4:44:21 PM | Meredith Bruce (+17708644346) | I looked at it. Don't get caught up on that nonsense with fees. I know that it's annoying, but it is so worth what you will be receiving on the other end. All the companies do the same thing. |
| Sent | 09/25/2023 4:44:58 PM | Meredith Bruce (+17708644346) | Ya no worries. You told me in advance. Was just sharing. |
| Received | 09/25/2023 4:45:17 PM | Meredith Bruce (+17708644346) | Liked "Ya no worries. You told me in advance. Was just sh…" |
| Sent | 09/26/2023 10:23:56 AM | Meredith Bruce (+17708644346) | Morning. Question, on 15k in program about how much can I guesstimate goes to taxes out of the 1500 in interest per qtr? |
| Received | 09/26/2023 10:25:16 AM | Meredith Bruce (+17708644346) | I'm actually doing your green sheets right now. They will be in your inbox in a few minutes. Your Roth funds have no taxes due. |
| Sent | 09/26/2023 10:26:47 AM | Meredith Bruce (+17708644346) | I was trying to guestimate car payment amount that the 15k I'm going to add next month will be after taxes. |
| Sent | 09/26/2023 10:27:02 AM | Meredith Bruce (+17708644346) | And cool. Thanks for working on those. |
| Received | 09/26/2023 10:35:13 AM | Meredith Bruce (+17708644346) | Just sent. If you need me to help you figure out how to handle some funds, let's chat. |
| Sent | 09/26/2023 10:35:46 AM | Meredith Bruce (+17708644346) | I do.. Trying to get the car thing right. |

| Received | 09/26/2023 10:36:16 AM | Meredith Bruce (+1770864434 6) | When r u available? |
|---|---|---|---|
| Sent | 09/26/2023 10:36:27 AM | Meredith Bruce (+1770864434 6) | Now 😁 |
| Sent | 09/26/2023 10:52:24 AM | Meredith Bruce (+1770864434 6) | Don't see any renewal emails for 30k from 7/24. |
| Received | 09/26/2023 10:52:57 AM | Meredith Bruce (+1770864434 6) | I'm emailing her now. Lol |
| Sent | 09/26/2023 3:11:18 PM | Meredith Bruce (+1770864434 6) | Looks like a got my money out of market just in time. Big losses last week and Dow down 400 pts today. WHEW! #grateful. Thanks. |
| Received | 09/26/2023 3:12:14 PM | Meredith Bruce (+1770864434 6) | Just in time! |
| Sent | 09/26/2023 4:24:05 PM | Meredith Bruce (+1770864434 6) | I received the end of 90 day loan balance doc. If I'll be adding funds to this account, do I still just fill it out with "N/A" on line 1-3 now, and add funds at maturity? |
| Sent | 09/26/2023 4:27:59 PM | Meredith Bruce (+1770864434 6) | Nevermind..i opened it and see I can add funds on line 4. I'll wait for the moment before I fill it out. |
| Received | 09/26/2023 5:07:36 PM | Meredith Bruce (+1770864434 6) | Hey! You just have to return that email 10 days before your contract date. So you have plenty of time to figure out what you would like to do. If you would like to add funds, I suggest wiring it two days before your contract date so that they have time to process it and it gets there on time. |
| Sent | 09/26/2023 5:07:57 PM | Meredith Bruce (+1770864434 6) | 👍👍👍👍👍👍 |
| Received | 09/29/2023 11:12:55 AM | Meredith Bruce (+1770864434 6) | Your Roth promissory note is in your inbox! |
| Sent | 09/29/2023 11:13:12 AM | Meredith Bruce (+1770864434 6) | Thx. Have a good weekend |
| Received | 09/29/2023 11:13:29 AM | Meredith Bruce (+1770864434 6) | You too! |

| Sent | 10/10/2023 9:01:19 AM | Meredith Bruce (+1770864434 6) | Good morning. I signed the maturity form for drive planning and I'll be adding 16k to my first promissory note. Do I just send the new funds near the maturity date? |
|---|---|---|---|
| Received | 10/10/2023 9:02:35 AM | Meredith Bruce (+1770864434 6) | Good morning! Yes. I would send the wire two days before your maturity date. That way it is in there on your maturity date and ready to roll out in the new term. |
| Sent | 10/10/2023 9:02:57 AM | Meredith Bruce (+1770864434 6) | 👍 |
| Sent | 10/19/2023 3:14:28 PM | Meredith Bruce (+1770864434 6) | Hey. Wiring 16k to drive planning today to add to my original note thats due on 24th... I filled out the form last week to DP notifying of my end of term plan. Filled out their docusign. Will you reach out to them and make sure it gets connected to the account? I can do it also but didn't remember which person..lots of emails from them. |
| Sent | 10/19/2023 3:15:34 PM | Meredith Bruce (+1770864434 6) | The guy at bank of america said he did another wire to drive planning yesterday for a guy....small world. |
| Received | 10/19/2023 3:17:35 PM | Meredith Bruce (+1770864434 6) | That's funny, it is a small world! I will make sure that it gets into your account. Do u need the wiring instructions? |
| Sent | 10/19/2023 3:18:17 PM | Meredith Bruce (+1770864434 6) | Nope. Have that saved. |

| Received | 10/19/2023 3:18:20 PM | Meredith Bruce (+17708644346) |  |
| Received | 10/19/2023 3:18:31 PM | Meredith Bruce (+17708644346) | Of course u do! Lol |
| Sent | 10/20/2023 11:49:35 AM | Meredith Bruce (+17708644346) | Reminder to follow up on yesterday's wire if you havent already. 😁 |
| Received | 10/20/2023 11:50:17 AM | Meredith Bruce (+17708644346) | Already did. Lol I sent an email first thing this morning, so I'm sure I will get confirmation late this afternoon. As soon as I hear something I will text you. |
| Sent | 10/20/2023 11:50:34 AM | Meredith Bruce (+17708644346) | Awesome |

| Received | 10/20/2023 1:35:01 PM | Meredith Bruce (+1770864434 6) | Ur new promissory note is in ur box. 😑 Confirmed lol |
|---|---|---|---|
| Sent | 10/20/2023 2:23:29 PM | Meredith Bruce (+1770864434 6) | Saw it. Thx |
| Sent | 11/14/2023 9:14:37 AM | Meredith Bruce (+1770864434 6) | Good morning.. Do you know if drive planning charges a fee when you take out funds? Looking to set up $500 withdraw.. But if fee every time I'll probably take a bigger amount. |
| Received | 11/14/2023 9:16:40 AM | Meredith Bruce (+1770864434 6) | No fees |
| Sent | 11/14/2023 9:17:23 AM | Meredith Bruce (+1770864434 6) | OK good. I'm going to start taking out monthly for that one car payment. |
| Received | 12/14/2023 11:23:05 AM | Meredith Bruce (+1770864434 6) | Hey Brian, it's Meredith. I saw your email and I know that American IRA has to have something called a fair market valuation form filled out or signed. I am actually going to see them tomorrow and may get better clarification. So I will let you know whether you need to listen to that webinar. I think you do not have to, but I will get clarification. |
| Sent | 12/14/2023 11:28:55 AM | Meredith Bruce (+1770864434 6) | Thanks a bunch |
| Sent | 12/18/2023 11:35:01 AM | Meredith Bruce (+1770864434 6) | Checking if you found out if I need to do anything with American IRA? |
| Received | 12/18/2023 11:36:19 AM | Meredith Bruce (+1770864434 6) | There is an asset valuation that needs to be filled out by the end of January. It is in those forms that they sent you. I am not in front of my computer and I will send you a text or an email in a little while with the proper term of which form you have to fill out. |
| Received | 12/18/2023 2:21:53 PM | Meredith Bruce (+1770864434 6) | FMV fair market valuation I'm not sure if I have to sign this and verify your accounts or if they sign it. I will find out after the holidays and will do it in January. It's not due till January 31 and it Hass to have your values as of December 31, 2023. Here's a picture of the form just so you can keep it in your email. |

| Received | 12/18/2023 2:22:09 PM | Meredith Bruce (+17708644346) |  Download |
|---|---|---|---|
| Sent | 12/18/2023 2:23:30 PM | Meredith Bruce (+17708644346) | OK thanks. |
| Sent | 12/19/2023 4:05:23 PM | Meredith Bruce (+17708644346) | Are ya still working this week? I'd like to chat about something whenever you have a free few mins. |
| Received | 12/19/2023 4:06:22 PM | Meredith Bruce (+17708644346) | I'm always working. Lol. Can u talk now? |
| Received | 12/22/2023 6:14:24 PM | Meredith Bruce (+17708644346) | I noticed that you received a renewal email this morning. We have to talk about your tax deductions before you fill these next few out. |
| Sent | 12/22/2023 6:14:45 PM | Meredith Bruce (+17708644346) | Ok |
| Sent | 12/22/2023 6:15:26 PM | Meredith Bruce (+17708644346) | I didn't see the email. But I'll hold of on signing if I find it. |
| Received | 12/22/2023 6:17:47 PM | Meredith Bruce (+17708644346) | 👍 |

| Sent | 12/29/2023 11:20:52 AM | Meredith Bruce (+17708644346) | Just called to say Hi. Submitted my app for the heloc today. Woohoo. Happy new year. We can connect next week. I never saw the monthly drive planning notification for January. 🙏 |
|------|------------------------|-------------------------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| Received | 12/29/2023 11:36:28 AM | Meredith Bruce (+17708644346) | Hey Brian! I'm on a family vacation til next week. Let's run all the numbers on a green sheet when I get back. I'm assuming u know all the fees and rates by now. I also have a heloc connection that has lower fees than most if you'd like to compare also! I'm in a theme park so I don't know your dates offhand, what is your contract date for the notice that you're looking for? I know there are a few days behind according to the others that I see going out probably due to the holidays. |
| Sent | 12/29/2023 11:38:01 AM | Meredith Bruce (+17708644346) | Enjoy your trip. We can connect next week. I would like to explore the other heloc. I think I'm pretty good now at prime minus 1%.. Cheers |
| Received | 12/29/2023 11:39:42 AM | Meredith Bruce (+17708644346) | If u text me ur email I can ask the rep to send u a link to fill out. I'm not near my computer so I don't know it. |
| Sent | 12/29/2023 11:40:02 AM | Meredith Bruce (+17708644346) | B.hauger@comcast.net |
| Received | 12/29/2023 11:40:40 AM | Meredith Bruce (+17708644346) | 👍 . It'll come from Melissa Graham. |
| Sent | 01/02/2024 8:45:56 AM | Meredith Bruce (+17708644346) | Good morning. Happy new year! Fyi my step dad Gary Bump will be reaching out to you about drive planning. 😁 |
| Received | 01/02/2024 8:46:35 AM | Meredith Bruce (+17708644346) | I'll take great care of him. 😎 |
| Received | 01/02/2024 11:25:22 AM | Meredith Bruce (+17708644346) | How'd the conversation go with Melissa Graham? Was she better with rates or fees? |
| Sent | 01/02/2024 11:27:49 AM | Meredith Bruce (+17708644346) | Nice lady. Her rates were higher. Prime plus .75 vs prime minus 1.01 with my other lender so I'm proceeding with the first one I found. I already have docs into them and waiting for next steps this week. They will do a market analysis for appraiser so will be curious to see where |

| | | | they land. Not sure if I'll get the full 200k but should be 150-200.. |
|---|---|---|---|
| Sent | 01/02/2024 11:28:49 AM | Meredith Bruce (+17708644346) | Monthly payment will be less than I estimated too, even at full 200k loan it will be around $1400/m, vs 2100 I guessed. |
| Received | 01/04/2024 1:52:36 PM | Meredith Bruce (+17708644346) | When do u have a minute to chat? I'm figuring out your taxes, and when you have to pull money out of the program and I have a few questions. |
| Sent | 01/04/2024 1:53:09 PM | Meredith Bruce (+17708644346) | Give me 10 mins. I'll call. You. |
| Received | 01/04/2024 1:53:20 PM | Meredith Bruce (+17708644346) | 👍 |
| Sent | 01/05/2024 5:36:04 PM | Meredith Bruce (+17708644346) | Got approved for the full 200k. 😁 😁 💰 |
| Received | 01/05/2024 5:36:32 PM | Meredith Bruce (+17708644346) | Woohoo 👏 👏 👏 |
| Sent | 01/08/2024 9:56:28 AM | Meredith Bruce (+17708644346) | Howdy. Let's connect today or tomorrow on taxes and stuff. Just let me know when you have time. |
| Received | 01/08/2024 9:57:34 AM | Meredith Bruce (+17708644346) | Ok. I'm out on an appointment this morning. I'll look when I get back. Talk soon! |
| Sent | 01/08/2024 1:30:18 PM | Meredith Bruce (+17708644346) | Just heading home. Call in a bit |
| Received | 01/08/2024 1:59:45 PM | Meredith Bruce (+17708644346) | Sorry, I'm on another call. I'll call you back shortly. |
| Sent | 01/08/2024 1:59:53 PM | Meredith Bruce (+17708644346) | Okay |
| Sent | 01/09/2024 9:19:44 AM | Meredith Bruce (+17708644346) | Good morning. One thing we forgot to cover was the form for American IRA I need to fill out. |
| Received | 01/09/2024 9:21:52 AM | Meredith Bruce (+17708644346) | Yes, those have to be done by January 31st. I didn't get that far yet. lol |
| Sent | 01/17/2024 1:57:35 PM | Meredith Bruce (+17708644 | Hi. In Vegas this week spending all my drive planning money.. Haha. we closed |

| | | 6) | on the heloc Monday. I'll have funds sometime Friday. I have a bank appt on Monday to wire the funds. Will be 200k even. |
| --- | --- | --- | --- |
| Sent | 01/17/2024 1:58:10 PM | Meredith Bruce (+1770864434 6) | Even the closing attorney was surprised at my rate and said I got a hell of a deal. I like hearing that. |
| Received | 01/17/2024 2:49:54 PM | Meredith Bruce (+1770864434 6) | Woohoo 👏 |
| Sent | 01/22/2024 3:12:52 PM | Meredith Bruce (+1770864434 6) | Hey. Need to get together this week and do that America Ira form |
| Received | 01/22/2024 3:14:00 PM | Meredith Bruce (+1770864434 6) | Yes we do. Did you go to the bank today? |
| Sent | 01/22/2024 3:15:18 PM | Meredith Bruce (+1770864434 6) | No.. Frickin title company hasn't sent funds yet. Suppose to be Friday. The closing attorney is calling them back now, already called this morning. Frustrating. I have an appt at bank tomorrow at 1230. Hopefully resolved by then. |
| Received | 01/22/2024 3:16:34 PM | Meredith Bruce (+1770864434 6) | Ok. Just please text me when you go. Cause I have to do things in the background. |
| Sent | 01/22/2024 3:25:49 PM | Meredith Bruce (+1770864434 6) | OK.. I may need to change funding amount to 190k instead..i can add back later if I don't need it. I'll let you know. |
| Received | 01/22/2024 3:26:22 PM | Meredith Bruce (+1770864434 6) | 👍 |
| Sent | 01/23/2024 8:44:25 AM | Meredith Bruce (+1770864434 6) | Good morning. I am going to change the amount to 190k. I know you need to edit the doc application. Still waiting on wire. Hoping this morning. |
| Received | 01/23/2024 8:44:55 AM | Meredith Bruce (+1770864434 6) | I'll send you a new docusign. |
| Received | 01/23/2024 12:31:06 PM | Meredith Bruce (+1770864434 6) | Got it! Just text me when you're ready to go to the bank. 😊 |
| Sent | 01/23/2024 2:16:21 PM | Meredith Bruce (+1770864434 6) | I'll be there tomorrow 12. Just received funds. |

| Received | 01/23/2024 2:16:52 PM | Meredith Bruce (+17708644346) | 👏 👏 👏 |
|---|---|---|---|
| Sent | 01/24/2024 12:37:26 PM | Meredith Bruce (+17708644346) | Money wired. We need to still connect on the American IRA and of year report |
| Received | 01/24/2024 12:38:08 PM | Meredith Bruce (+17708644346) | Just emailed it to you to sign and return. lol |
| Sent | 01/24/2024 12:38:50 PM | Meredith Bruce (+17708644346) | Two minds think alike. I'll look at it this afternoon |
| Sent | 01/30/2024 10:35:29 AM | Meredith Bruce (+17708644346) | Howdy. You will likely be contacted by my neighbor Billy Dowd. I sat with him last week and shared details about how awesome you were. He's very interested in hearing more. How soon don't know.. I did my part. 😁 |
| Sent | 01/30/2024 10:35:56 AM | Meredith Bruce (+17708644346) | I heard Blake finally reached out too for some info. About time. Lol. |
| Received | 01/30/2024 12:32:34 PM | Meredith Bruce (+17708644346) | He did! He emailed me on Sunday morning. I'll let you know if your neighbor reaches out. Thank you! |
| Received | 02/13/2024 11:57:14 AM | Meredith Bruce (+17708644346) | Hey! The 1099's are combined. |
| Sent | 02/13/2024 12:00:02 PM | Meredith Bruce (+17708644346) | OK great.. It was only for like 9k. But I know I owe the rest of taxes for the withdraws. |
| Received | 02/13/2024 12:46:23 PM | Meredith Bruce (+17708644346) | Actually, no you don't. The way that these accounts work is that every interest payment made on your account for the calendar year is what your 1099 will be. You can take out zero dollars or all of the dollars and your taxes would be the same. if you need me to clarify that because it's too confusing in a text, feel free to call me I'll be around all afternoon. |
| Received | 02/27/2024 8:10:20 PM | Meredith Bruce (+17708644346) | Just read your email. Sounds all good. If you want to review anything else before you hit submit, just let me know. So outside of your inherited IRA, we were pretty much on the money. Correct? I need to know to make sure we do it correctly next year. |

| Sent | 02/27/2024 8:12:49 PM | Meredith Bruce (+1770864434 6) | Yes. I was short 2773..instead of like 6k..the difference of 4k would have been a refund. So it worked out. I'm not submitting till end of March so I'll do one more thorough review. Mostly for any missing deductions.. But minimal if any. Thank you |
|---|---|---|---|
| Received | 02/27/2024 8:13:48 PM | Meredith Bruce (+1770864434 6) | Have a great night! |
| Sent | 03/18/2024 12:56:16 PM | Meredith Bruce (+1770864434 6) | How's it going? Just checking in. I'm looking forward to getting all these taxes paid and out of the way. I will have the final withdrawal sometime next week so I can file. |
| Sent | 03/18/2024 12:56:39 PM | Meredith Bruce (+1770864434 6) | Everything good with drive planning portfolio? |
| Received | 03/18/2024 3:01:33 PM | Meredith Bruce (+1770864434 6) | Everything is great! Moving along seamlessly. Did u do ur taxes yet? |
| Sent | 03/18/2024 3:02:14 PM | Meredith Bruce (+1770864434 6) | Can't send them until I get the withdrawal next week. |
| Received | 03/18/2024 3:10:52 PM | Meredith Bruce (+1770864434 6) | How close was I on my estimations of what you would owe? I always ask everyone so that I know how to proceed next year. |
| Sent | 03/18/2024 3:15:27 PM | Meredith Bruce (+1770864434 6) | It was close. I missed that I also cashed out a 20k Ira from my dads death that I also owed taxes on. So about 6k more than we estimated. So that increased my total tax owed. |
| Received | 03/18/2024 3:21:17 PM | Meredith Bruce (+1770864434 6) | OK that's cool. Now I know how to figure them out for next year. |
| Sent | 03/18/2024 3:22:12 PM | Meredith Bruce (+1770864434 6) | Hopefully next year is all straight forward. One 1099int and done. |
| Received | 03/18/2024 3:31:04 PM | Meredith Bruce (+1770864434 6) | It will be. All the conversions are done. Straight forward interest only! |
| Sent | 04/01/2024 12:26:58 PM | Meredith Bruce (+1770864434 6) | Got my taxes paid today. Scratch that off the to-do list. |

| Received | 04/01/2024 12:27:44 PM | Meredith Bruce (+17708644346) | I did mine on Friday! lol Hope u guys had a nice Easter! |
|---|---|---|---|
| Sent | 04/01/2024 12:38:54 PM | Meredith Bruce (+17708644346) | Yes great Easter. Spent the weekend in Ellijay. |
| Sent | 04/13/2024 11:07:29 AM | Meredith Bruce (+17708644346) | Everything all right? I'm driving all day won't be able to talk |
| Received | 04/13/2024 11:07:53 AM | Meredith Bruce (+17708644346) | Everything is absolutely fantastic! I left you a voicemail. |
| Sent | 04/13/2024 11:08:09 AM | Meredith Bruce (+17708644346) | 😁 |
| Sent | 04/13/2024 12:01:04 PM | Meredith Bruce (+17708644346) | Just heard your vm. Yay! I'm in the mountains on a car rally. Excited to call you tomorrow. |
| Received | 04/13/2024 12:30:07 PM | Meredith Bruce (+17708644346) | Liked "Just heard your vm. Yay! I'm in the mountains on a…" |
| Sent | 04/14/2024 2:01:04 PM | Meredith Bruce (+17708644346) | Hi. Happy Sunday. I'm around and available for a chat anytime before 3 if you are free. Otherwise tomorrow is fine |
| Received | 04/14/2024 2:02:58 PM | Meredith Bruce (+17708644346) | Hey! I'm golfing all afternoon. Call me anytime tomorrow! |
| Sent | 04/14/2024 2:03:21 PM | Meredith Bruce (+17708644346) | 👍 . Have fun |
| Sent | 04/15/2024 10:03:03 AM | Meredith Bruce (+17708644346) | I'm avail whenever you are free. |
| Received | 04/15/2024 12:06:17 PM | Meredith Bruce (+17708644346) | I'm in an appointment. I'll call u in about an hour. |
| Received | 05/14/2024 3:59:00 PM | Meredith Bruce (+17708644346) | I still think that you need to call an accountant. The question is.......can I take out my original contribution amount and leave the earnings inside the 529 plan without taxes or penalties being due? If I Google it, I get conflicting information. I would 100% ask an accountant. Or call an institution that creates 529 plans and |

| | | | ask them. Like where you have your account we could simply call them. |
|---|---|---|---|
| Sent | 05/14/2024 4:00:59 PM | Meredith Bruce (+1770864434 6) | OK Thanks. If there is taxes and penalties on the whole 48k, then I might as well leave it and let it serve it's purpose. If I'm only taxed on 18k, then definitely worth taking it out. I'll try and get # to call. |
| Received | 05/14/2024 4:02:06 PM | Meredith Bruce (+1770864434 6) | If it is an after tax investment, you should not be charged taxes on the $32,000 |
| Sent | 05/14/2024 4:03:56 PM | Meredith Bruce (+1770864434 6) | That's what I thought. Ill call and find out. In 3 yrs this account will only go up 20k MAX in best case scenario, more likely 12 or so. We know what the program will do vs that. |
| Received | 05/14/2024 4:04:57 PM | Meredith Bruce (+1770864434 6) | Yep! |
| Received | 05/16/2024 12:42:47 PM | Meredith Bruce (+1770864434 6) |  Download |
| Sent | 05/16/2024 12:43:26 PM | Meredith Bruce (+1770864434 6) | 👍 👍 |

| Sent | 05/16/2024 3:37:28 PM | Meredith Bruce (+1770864434 6) | Just finalized call with Blackrock. I should have a check in hand by Tuesday. I'll let you know final amount once received the we can do the docusign. I like the timing (late in month) will align with all my others. 😎 💰 |
|------|------|------|------|
| Received | 05/16/2024 3:38:10 PM | Meredith Bruce (+1770864434 6) | 👍 |
| Sent | 05/20/2024 6:08:32 PM | Meredith Bruce (+1770864434 6) | Hey. You can go ahead and send me docusign when you have a chance. 48,823.00. I'm going to try and wire it tomorrow if the check I deposited today has cleared. |
| Received | 05/20/2024 6:12:51 PM | Meredith Bruce (+1770864434 6) | Just resent. 😊 |
| Sent | 05/21/2024 9:29:16 AM | Meredith Bruce (+1770864434 6) | Good morning. Can the funds be sent via ACH transfer versus wire? My bank charges me 30 for wire, ACH is free so wanted to check. |
| Received | 05/21/2024 9:29:53 AM | Meredith Bruce (+1770864434 6) | I believe it needs to be a wire. |
| Sent | 05/21/2024 9:30:03 AM | Meredith Bruce (+1770864434 6) | OK no problem |
| Sent | 05/21/2024 10:39:28 AM | Meredith Bruce (+1770864434 6) | Transfer sent. Woohoo |
| Received | 05/21/2024 11:01:40 AM | Meredith Bruce (+1770864434 6) | 👍 |
| Received | 05/22/2024 3:23:14 PM | Meredith Bruce (+1770864434 6) | Wire confirmed 😊 |
| Sent | 05/22/2024 3:25:23 PM | Meredith Bruce (+1770864434 6) | 👍 |
| Received | 05/23/2024 1:42:07 PM | Meredith Bruce (+1770864434 6) | Your new note is in your inbox 😊 |

| Sent | 05/23/2024 1:44:54 PM | Meredith Bruce (+17708644346) | Thanks. I was hesitating to ask so glad it's all set. |
|------|------|------|------|
| Received | 06/07/2024 4:51:40 PM | Meredith Bruce (+17708644346) | Happy Friday, my friend! Do you think it would be possible for you to call your brothers friend Nicole Bowen and give her a reference for the program? |
| Sent | 06/07/2024 4:52:09 PM | Meredith Bruce (+17708644346) | I talked to blake today and I told him she could call me. |
| Sent | 06/07/2024 4:52:30 PM | Meredith Bruce (+17708644346) | He mentioned they are putting a pause on new clients very soon. Everything good? |
| Received | 06/07/2024 4:52:30 PM | Meredith Bruce (+17708644346) | 👍 |
| Received | 06/07/2024 4:53:58 PM | Meredith Bruce (+17708644346) | everything is fantastic! But they are going to pause new deposits starting on the 15th for a short period of time. I do not know what that timeframe is, and apparently this has happened in the past. Remember when I explained to you how they balance the money with percentages of what goes where? Well they are at their limit until they acquire more projects. once they acquire more, we can put in more. |
| Sent | 06/07/2024 4:55:50 PM | Meredith Bruce (+17708644346) | Gotcha.. I just signed my doc for adding 6500 on the 22nd. This won't go thru then? |
| Received | 06/07/2024 4:56:55 PM | Meredith Bruce (+17708644346) | You can wire it by the 13th which is next week and it will go in. Are you able to do that? |
| Sent | 06/07/2024 4:58:35 PM | Meredith Bruce (+17708644346) | Yes. I have it ready. I'll do that Monday. |
| Received | 06/07/2024 5:00:43 PM | Meredith Bruce (+17708644346) | 👍 |
| Sent | 06/24/2024 4:30:39 PM | Meredith Bruce (+17708644346) | Hey. I would have expected to see a new updated loan #4 statement today. It renewed on Saturday 6/22. I sent $6500 last week to be applied before the cutoff. Can you check on this at your convenience? |

| Received | 06/24/2024 4:33:14 PM | Meredith Bruce (+17708644346) | Can u talk? |
|---|---|---|---|
| Sent | 06/24/2024 4:33:21 PM | Meredith Bruce (+17708644346) | Yes |
| Received | 06/25/2024 1:54:11 PM | Meredith Bruce (+17708644346) | Pls read ur email |
| Sent | 06/25/2024 2:06:07 PM | Meredith Bruce (+17708644346) | I saw it. Wasn't sure if that was from loan #4 with the 6500 added. I haven't had time to look closely yet. |
| Received | 06/25/2024 2:07:17 PM | Meredith Bruce (+17708644346) | I believe it is. I'm talking about the email I sent at 2:05am. |
| Sent | 06/25/2024 2:08:03 PM | Meredith Bruce (+17708644346) | No. I need to update you with my gmail. Comcast doesn't always forward so I may not see it. I'll look now |
| Received | 06/25/2024 2:08:25 PM | Meredith Bruce (+17708644346) | What's ur email? |
| Sent | 06/25/2024 2:08:33 PM | Meredith Bruce (+17708644346) | Hogman4prezz@gmail.com |
| Sent | 06/25/2024 2:08:37 PM | Meredith Bruce (+17708644346) | Don't judge.. Lol |
| Received | 06/25/2024 2:09:15 PM | Meredith Bruce (+17708644346) | I just resent it. Pls read. |
| Sent | 06/25/2024 2:17:49 PM | Meredith Bruce (+17708644346) | Fuck! and okay. I'll pray that it works it's course and I won't panic yet. My wife on the other hand.. Oh my. Thanks for making sure I read this. |
| Received | 06/25/2024 2:18:58 PM | Meredith Bruce (+17708644346) | I wanted to be transparent. |
| Received | 06/25/2024 3:48:04 PM | Meredith Bruce (+17708644346) | Would u like to talk? |
| Sent | 06/25/2024 3:48:26 PM | Meredith Bruce (+17708644346) | Sure. That would be great. |

| Sent | 06/26/2024 2:52:06 PM | Meredith Bruce (+17708644346) | Curious.. Are the majority of your clients remaining calm or freaking out? I know there will always be some of the latter, but what are the logical and smart ones saying or thinking? I read Todd's email again and although it was scary it's not doom and gloom... Yet.. Thanks. |
|------|------------------------|-------------------------------|--------|
| Sent | 06/26/2024 2:53:51 PM | Meredith Bruce (+17708644346) | And really Im trusting it will be ok...unless that dude that resigned was up to some corrupt shit with everyone's money. Ex.. That ponzi crap. |
| Sent | 06/26/2024 4:03:05 PM | Meredith Bruce (+17708644346) | Just received my loan # 5 renewal form. The one Monday didn't have the account info. This one does which seems more manual than automated. Hmmmm...not signing now since I have till around 7/10 to send it in. This one is my mortgage and the most crucial to me obviously. |
| Received | 06/26/2024 5:14:42 PM | Meredith Bruce (+17708644346) | I agree. Hold it for a minute. |
| Sent | 07/01/2024 12:16:15 PM | Meredith Bruce (+17708644346) | Hey there. I'd like to get in your call schedule when you can fit me in. Thanks. |
| Received | 07/01/2024 12:26:48 PM | Meredith Bruce (+17708644346) | I'll call u in a few. On a call. |
| Sent | 07/10/2024 10:02:55 AM | Meredith Bruce (+17708644346) | Hey. Let me know when you cna squeeze a call in today. Thanks. |
| Sent | 07/18/2024 11:35:26 AM | Meredith Bruce (+17708644346) | Hello. I've been down with covid since Monday. Still feeling like crap, my wife has it too. Hers is worse than mine. She hasn't left the bed going on 3 days. Not fun Checking how things are going? Any new little tidbits coming your way? Anything other than doom and gloom id love to hear about. Honestly I've been feeling waves of near panic at times. I'm trying to push it to the side, but it's there. Thx for keeping me in the loop. I could also take a call today for a pep talk. |
| Received | 07/18/2024 11:36:36 AM | Meredith Bruce (+17708644346) | I'll call u when I'm off of this call. 😊 |
| Sent | 07/18/2024 11:40:34 AM | Meredith Bruce (+17708644346) | 👍 |

| | | 6) | |
|---|---|---|---|
| Sent | 07/23/2024 3:59:12 PM | Meredith Bruce (+1770864434 6) | Thx for the email. At least they provided some new info. |
| Sent | 07/23/2024 4:01:23 PM | Meredith Bruce (+1770864434 6) | And it looks like this agency is here to protect us as as investors vs screw us. |
| Received | 07/23/2024 4:01:43 PM | Meredith Bruce (+1770864434 6) | Yeppers! |
| Sent | 07/25/2024 10:31:10 AM | Meredith Bruce (+1770864434 6) | Hey. Going to be in the car next 25 mins. Checking if you may have a few mins to chat? I know you ha e appts so no worries. Maybe later today |
| Sent | 08/06/2024 10:52:00 AM | Meredith Bruce (+1770864434 6) | Checking in. How's it going? |
| Received | 08/06/2024 10:53:44 AM | Meredith Bruce (+1770864434 6) | Pretty much the same. Still lots of correspondence, businesses running, no one arrested, etc. I actually had an email come straight from Julie regarding a statement that someone requested. I feel the fact that they sent out a statement is a great sign to begin with. |
| Sent | 08/06/2024 10:57:54 AM | Meredith Bruce (+1770864434 6) | OK cool. And based on our contracts, our interest should continue to compile during this time. |
| Received | 08/06/2024 10:58:41 AM | Meredith Bruce (+1770864434 6) | Absolutely. And all of the renewals that are going out have interest listed on them as well. |
| Received | 08/06/2024 10:58:57 AM | Meredith Bruce (+1770864434 6) | How's ur work going? |
| Sent | 08/06/2024 10:59:31 AM | Meredith Bruce (+1770864434 6) | I haven't received my July renewal statements even though I sent it in. Why are some people getting them? |
| Sent | 08/06/2024 10:59:48 AM | Meredith Bruce (+1770864434 6) | Works same.. But I'm plugging away. |
| Received | 08/06/2024 11:00:49 AM | Meredith Bruce (+1770864434 6) | I don't understand what you mean. You didn't receive your renewal notice at all? I did have two other people not receive theirs and I wrote in an email and then they sent them out. |

| Sent | 08/06/2024 11:02:16 AM | Meredith Bruce (+17708644346) | No I haven't received the confirmation of receipt and new rates at time they were do. I did receive the statements saying your is due and what do you want to do, add, withdraw etc, but nothing once the renewal date was reached. |
|---|---|---|---|
| Sent | 08/06/2024 11:02:56 AM | Meredith Bruce (+17708644346) | So I don't have the loan maturity statements |
| Received | 08/06/2024 11:03:55 AM | Meredith Bruce (+17708644346) | That is the same for everyone. No one can withdraw or add money at this time. The statement that says whether you want to add or withdraw is your maturity statements. The dates are on the right for three different quarters. Everyone has been filling those out, but nothing happens once the date comes. I'm assuming that won't happen until everything opens up again. |
| Sent | 08/06/2024 11:35:25 AM | Meredith Bruce (+17708644346) | Ok |
| Sent | 08/08/2024 6:25:49 PM | Meredith Bruce (+17708644346) | Keep forgetting during biz hours to tell you, I have not recieved.Docusign to sign for my August account. |
| Received | 08/08/2024 7:25:23 PM | Meredith Bruce (+17708644346) | I'll send an email in the morning. 😀 |
| Sent | 08/08/2024 7:26:22 PM | Meredith Bruce (+17708644346) | 👍 |
| Sent | 08/14/2024 2:52:06 PM | Meredith Bruce (+17708644346) | I'm now reading article's online. This is really bad. More like worse case scenario I'm afraid. 2000 investors over 300M for a typical ponzi scheme. I'm sickened. |