# EXHIBIT K

 Gmail

**Brian Hauger <hogman4prezz@gmail.com>**

---

### Drive Planning Update- July 23, 2024
1 message

---

**Info Drive Planning** <info@driveplanning.com>          Fri, Jul 26, 2024 at 3:30 PM
To: Info Drive Planning <info@driveplanning.com>
Bcc: b.hauger@comcast.net

**Drive Planning Update**
**July 23, 2024**


We're thankful for all of the continued support from our valued clients and advisors. Unfortunately, we remain in the midst of The Securities and Exchange Commission reviewing both our REAL and CORE Funds.

They've asked us to refrain from selling any assets or making distributions until this has concluded.
As many have experienced we have always prided ourselves in making sure everyone gets their payments in a timely manner.

Being forced to do otherwise is painful to myself and our team.

In addition and in efforts to expedite the process we have hired an independent third party to value all of our assets. Because there is such a large amount of assets, property and businesses this is a lengthy process.

We apologize for the inconvenience and frustration this has caused. Each of us are working to expedite this to a positive conclusion.


Sincerely,



R. Todd Burkhalter