# **EXHIBIT 1**

E-Mail Between Counsel re Defendant's Representation that they are Withdrawing the Motion to Dismiss

Brian Pastor

| | |
|---|---|
| From: | Jeff Horst <horst@khlawfirm.com> |
| Sent: | Wednesday, May 28, 2025 5:57 PM |
| To: | Brian Pastor |
| Cc: | Jeff Sonn; Ross Good; Shawn Good; Nick Settles; Sada J. Baby; Daniella P. Stucchi |
| Subject: | RE: Amended Complaint and Motion to Dismiss - 25-cv-01058-VMC - Defendants standing by previously filed motion or re-filing |

We will refile the MTD and withdraw the original one.

Jeffrey D. Horst
Trial & Appellate Litigation/Corporate Governance/Crisis Management
Tel: 404-888-9594
Email: horst@khlawfirm.com

KREVOLIN | HORST

www.khlawfirm.com | v-Card | LinkedIn









The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of client(s) represented by Krevolin & Horst, LLC the particular matter that is the subject of this message, and may not be relied upon by any other party.

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.

**From:** Brian Pastor <bpastor@sonnlaw.com>
**Sent:** Wednesday, May 28, 2025 12:00 PM
**To:** Jeff Horst <horst@khlawfirm.com>
**Cc:** Jeff Sonn <jsonn@sonnlaw.com>; Ross Good <ross@thegoodlawgroup.com>; Shawn Good <shawn@thegoodlawgroup.com>; Nick Settles <nick@thegoodlawgroup.com>; Sada J. Baby <baby@khlawfirm.com>; Daniella P. Stucchi <daniella@khlawfirm.com>; Brian Pastor <bpastor@sonnlaw.com>
**Subject:** Amended Complaint and Motion to Dismiss - 25-cv-01058-VMC - Defendants standing by previously filed motion or re-filing
**Importance:** High

May 28, 2025

Jeff:

1

Yesterday, Plaintiff filed an Amended Complaint which is identical to the original complaint except for the addition of Exhibit L (Certification of Brian Hauger).

Please advise whether Defendants intend to stand on the previously filed Motion to Dismiss, or intend to withdraw the motion and file a renewed motion in response to the Amended Complaint.

*Because our response to Defendants' MTD is due on 06/02 – your response today would be appreciated.

Regards,

Brian

Brian B. Pastor, Esq.
Partner

| Sonn Law Group PA | Sonn Law Group PA |
| Pinnacle Bldg., Ste. 500 | One Turnberry Place, Suite 607 |
| 3455 Peachtree Rd. NE | 19495 Biscayne Blvd. |
| Atlanta, GA 30326 | Aventura, FL 33180 |
| bpastor@sonnlaw.com | www.sonnlaw.com |
| M. 404-914-2200 | T. 305-912-3000 (Ext.538) |

This message is intended for the named recipient(s) only. It may contain information protected by the attorney-client and/or work product privilege. If you have received this email in error, please notify the sender immediately, do not disclose this message to anyone, and delete the message and any attachments. Thank you very much. No attorney-client relationship is formed unless agreed to explicitly in writing.