UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRIAN HAUGER, individually and on behalf of all others similarly situated, ) ) ) | Civil Action Case No. |
| Plaintiffs, ) ) | 1:25-cv-01058-VMC |
| v. ) ) | |
| SDWC FINANCIAL, LLC, a Florida limited liability corporation, and MEREDITH BRUCE, a Georgia individual, ) ) ) ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants SDWC Financial, LLC ("SDWC") and Meredith Bruce ("Bruce") hereby file this Motion to Dismiss Plaintiff Brian Hauger's Amended Class Action Complaint and Demand for Jury Trial [Doc. 20].

In support of this Motion, Defendants have filed an accompanying Memorandum of Law setting forth the grounds to dismiss the following claims: Counts I and II fail to state a claim under Sections 12(a)(1) and 12(a)(2) of the Securities Act of 1933, as both claims fail to meet Rule 9(b)'s heightened pleading standard for claims based on alleged misstatements or omissions. Count I (the Section 12(a)(2) claim) independently fails because there was no prospectus.

Count III fails to state a claim for negligent misrepresentation because it

likewise does not satisfy Rule 9(b)'s particularity requirements. Count IV fails to allege a plausible claim for breach of fiduciary duty because Plaintiff cannot establish that Defendants owed him any fiduciary duty under federal or Georgia law. Count V fails to state a claim for professional negligence because Plaintiff does not adequately allege the specific professional roles or legal duties applicable to Defendants. Count VII fails to state a claim for unjust enrichment because the existence of the written REAL agreements and promissory notes bars an unjust enrichment claim.

Finally, Plaintiff's class allegations should be dismissed because they fail to state a viable basis for class certification.

WHEREFORE, Defendants respectfully request that this Court grant their Motion to Dismiss.

Respectfully submitted this 10th day of June, 2025.

**s/ Jeffrey D. Horst**
Jeffrey D. Horst
Georgia Bar No. 367834
Jessica G. Cino
Georgia Bar No. 577837
Sada Jacobson Baby
Georgia Bar No. 307214
**KREVOLIN & HORST, LLC**
1201 W. Peachtree Street, N.W.
Suite 3500, One Atlantic Center
Atlanta, Georgia 30309
(404) 888-9700
horst@khlawfirm.com
cino@khlawfirm.com

baby@khlawfirm.com
*Counsel for Defendants*

3

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed **DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT** by using the Court's CM/ECF filing system, which will automatically provide service of such filing to all parties of record.

This 10th day of June, 2025.

                                            **s/ Jeffrey D. Horst**
                                            Jeffrey D. Horst
                                            *Counsel for Defendants*