# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BRIAN HAUGER, individually and on behalf of all others similarly situated, ) ) ) ) Plaintiffs, ) ) v. ) ) SDWC FINANCIAL, LLC, a Florida ) limited liability corporation, and ) MEREDITH BRUCE, a Georgia individual, ) ) Defendants. ) | Civil Action Case No. 1:25-cv-01058-VMC |

## DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION TO DISMISS [DOC. 18]

Defendants SDWC Financial, LLC and Meredith Bruce (together, "Defendants") hereby give notice of the withdrawal of their Motion to Dismiss [Doc. 18], showing the Court the following:

1. On February 28, 2025, Plaintiff Brian Hauger filed his Class Action Complaint and Demand for Jury Trial ("Complaint") in this action. [Doc. 1].

2. On May 5, 2025, Defendants timely filed a Motion to Dismiss the Complaint. [Doc. 18].

3. On May 27, 2025, Plaintiff filed an Amended Class Action Complaint and Demand for Jury Trial ("Amended Complaint"). [Doc. 20].

4. The filing of the Amended Complaint rendered Defendants' Motion to

Dismiss moot. *See Farr v. Daling*, 684 F. Supp. 3d 1322, 1333 (N.D. Ga. 2023) ("After Motion Defendants filed their Motion to Dismiss the Initial Complaint, Plaintiffs filed their First Amended Complaint. The Motion Defendants' Motion to Dismiss the Initial Complaint is rendered moot by the later-filed Amended Complaint.").

5. Pursuant to Fed. R. Civ. P. 15(a)(3), Defendants are contemporaneously filing a Motion to Dismiss the Amended Complaint. [Doc. 22].

6. In accordance with § III(m) of Judge Calvert's Standing Order, Defendants hereby give notice of the withdrawal of their original Motion to Dismiss, [Doc. 18].

Respectfully submitted this 10th day of June, 2025.

    **s/ Jeffrey D. Horst**
    Jeffrey D. Horst
    Georgia Bar No. 367834
    Jessica G. Cino
    Georgia Bar No. 577837
    Sada Jacobson Baby
    Georgia Bar No. 307214
    **KREVOLIN & HORST, LLC**
    1201 W. Peachtree Street, N.W.
    Suite 3500, One Atlantic Center
    Atlanta, Georgia 30309
    (404) 888-9700
    horst@khlawfirm.com
    cino@khlawfirm.com
    baby@khlawfirm.com
    *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed **DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION TO DISMISS [DOC. 18]** by using the Court's CM/ECF filing system, which will automatically provide service of such filing to all parties of record.

This 10th day of June, 2025.

                                                 **s/ Jeffrey D. Horst**
                                                 Jeffrey D. Horst
                                                 *Counsel for Defendants*