UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRIAN HAUGER, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>SDWC FINANCIAL, LLC, a Florida limited liability corporation, and MEREDITH BRUCE, a Georgia individual,<br><br>    Defendants. | Civil Action Case No.<br><br>1:25-cv-01058-VMC |

## UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANTS TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants SDWC Financial, LLC and Meredith Bruce ("Defendants") respectfully request that this Court extend their deadline to file a reply brief in support of their Motion to Dismiss the Amended Complaint [Doc. 22] by two weeks, to **July 22, 2025**. In support of this motion, Defendants state as follows:

1. On June 10, 2025, Defendants filed a Motion to Dismiss the Amended Complaint [Doc. 22].

2. On June 24, 2025, Plaintiffs filed their response brief [Doc. 24].

3. Pursuant to Local Rule 7.1(C), Defendants' deadline to file a reply brief in support of their Motion to Dismiss is currently July 8, 2025.

4. Defendants seek a two-week extension of time to file their reply in order to accommodate a significant and conflicting filing deadline of undersigned counsel in an unrelated case.

5. This is Defendants' first request to extend any deadline in this case. Granting the requested relief will not prejudice any party and will not affect any other case deadlines.

6. Defendants' counsel has conferred with Plaintiffs' counsel regarding this matter. Plaintiffs' counsel are unopposed to the requested extension of time.

WHEREFORE, Defendants respectfully request that this Court enter the attached order extending Defendants' deadline to file a reply brief in support of their Motion to Dismiss the Amended Complaint until **July 22, 2025**.

Respectfully submitted, this 27th day of June, 2025.

**s/ Sada Jacobson Baby**
Jeffrey D. Horst
Georgia Bar No. 367834
Jessica G. Cino
Georgia Bar No. 577837
Sada Jacobson Baby
Georgia Bar No. 307214
**KREVOLIN & HORST, LLC**
1201 W. Peachtree Street, N.W.
Suite 3500, One Atlantic Center
Atlanta, Georgia 30309
(404) 888-9700
horst@khlawfirm.com
cino@khlawfirm.com
baby@khlawfirm.com
*Counsel for Defendants*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1D, the undersigned counsel hereby certifies that the foregoing *Unopposed Motion to Extend Time for Defendants to File Reply Brief in Support of Motion to Dismiss* complies with the font and point selections approved by the Court in Local Rule 5.1C. This document was prepared on a computer using Times New Roman font (14 point).

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this date electronically filed this *Unopposed Motion to Extend Time for Defendants to File Reply Brief in Support of Motion to Dismiss* with the Clerk of Court using the PACER system, which will automatically provide service of such filing to all parties of record.

This 27th day of June, 2025.

/s/ Sada Jacobson Baby__
Sada Jacobson Baby
Georgia Bar No. 307214
KREVOLIN & HORST, LLC
1201 West Peachtree Street, NW
Suite 3500
Atlanta, GA 30309
(404) 888-9700
baby@khlawfirm.com
*Counsel for Defendants*