# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BRIAN HAUGER, individually and on behalf of all others similarly situated,  )<br>)<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>SDWC FINANCIAL, LLC, a Florida )<br>limited liability corporation, and  )<br>MEREDITH BRUCE, a Georgia individual, )<br>)<br>Defendants.  ) | Civil Action Case No.<br><br>1:25-cv-01058-VMC |

## [PROPOSED] ORDER

This matter is before the Court on the Unopposed Motion to Extend Time for Defendants to File Reply Brief in Support of Motion to Dismiss. Upon consideration, the Motion is hereby GRANTED. Defendants shall have through and until **July 22, 2025** to file a reply brief in support of their Motion to Dismiss the Amended Complaint [Doc. 22].

SO ORDERED, this the ____ day of _____, 2025.

_____
HON. VICTORIA M. CALVERT
UNITED STATES DISTRICT COURT

Prepared by:

**/s/ Sada Jacobson Baby**
Jeffrey D. Horst
Georgia Bar No. 367834
Jessica G. Cino
Georgia Bar No. 577837
Sada Jacobson Baby
Georgia Bar No. 307214
KREVOLIN & HORST, LLC
1201 W. Peachtree Street, N.W.
Suite 3500, One Atlantic Center
Atlanta, Georgia 30309
(404) 888-9700
horst@khlawfirm.com
cino@khlawfirm.com
baby@khlawfirm.com
*Counsel for Defendants*