IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRIAN HAUGER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SDWC FINANCIAL, LLC, a Florida limited liability corporation, and MEREDITH BRUCE, a Georgia individual,<br><br>Defendants. | Civil Action No.<br>1:25-cv-01058-VMC |

**ORDER**

On November 3, 2025, the Court entered an Order granting Defendants' Motion to Dismiss the Amended Complaint (Doc. 22) with leave to amend. (Doc. 32). That Order directed Plaintiff to "file an amended complaint within 14 days after the date of entry of this Order," and cautioned Plaintiff that "[f]ailure to comply with this direction will result in the Court dismissing the federal claims with prejudice and declining to exercise supplemental jurisdiction over the state law claims." (Doc. 32 at 29). Plaintiff did not file an amended complaint by that date. Accordingly, it is

**ORDERED** that this civil action is **DISMISSED WITH PREJUDICE** as to Plaintiff's federal claims and **DISMISSED WITHOUT PREJUDICE** as to Plaintiff's state law claims.

**SO ORDERED** this 29th day of December, 2025.

_____
Victoria Marie Calvert
United States District Judge