UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRIAN HAUGER individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SDWC FINANCIAL, LLC et al ,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1:25-cv-01058-VMC |

## J U D G M E N T

This action having come before the court, Honorable Victoria M. Calvert, United States District Judge, for consideration of the defendant's motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, **DISMISSED WITH PREJUDICE** as to Plaintiff's federal claims and **DISMISSED WITHOUT PREJUDICE** as to Plaintiff's state law claims.

Dated at Atlanta, Georgia, this 30th day of December, 2025.

KEVIN P. WEIMER
CLERK OF COURT

By: s/M. Gonzalez
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
December 30, 2025
Kevin P. Weimer
Clerk of Court

By: s/M. Gonzalez
Deputy Clerk